B6B (Official Form 6B) (12/07)

In re  **EFRAIN ANTONIO RIVERA SOLER,**
**BRENDA LIZ NIEVES CASTRO**
                                                                                          Case No.  __09-09654 (BKT)__
                                                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT WITH RG PREMIER BANK. ACCOUNT NO. XXXXXX2442 | J | 0.00 |
| | | CHECKING ACCOUNT WITH RG PREMIER BANK. ACCOUNT NO. XXXXXX0322 | J | 0.00 |
| | | CHECKING ACCOUNT WITH BPPR. ACCOUNT NO. XXXXX3942 | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | FURNITURE CONSISTING OF 3 BEDROOM SETS, 2 LIVING ROOM SETS, DINING ROOM SET, 4 TVS, TERRACE SET, 2 TVS CENTER | J | 6,300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 7 ART PAINTINGS | J | 3,000.00 |
| 6. Wearing apparel. | | WEARING APPAREL | J | 2,000.00 |
| 7. Furs and jewelry. | | MEN'S CARTIER WATCH | J | 1,500.00 |
| | | WOMAN'S CARTIER WATCH | J | 1,000.00 |
| | | WEDDING RING | J | 5,000.00 |
| | | WOMAN'S CARTIER WATCH | J | 6,000.00 |
| | | WOMAN'S PHILLIP CHARRIER | J | 2,500.00 |
| | | WOMAN'S BULGARI BRACELET | J | 1,500.00 |
| | | MEN'S OMEGA WATCH | J | 1,500.00 |

                                                                              Sub-Total >       30,300.00
                                                                           (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **EFRAIN ANTONIO RIVERA SOLER,** Case No. **09-09654 (BKT)**
**BRENDA LIZ NIEVES CASTRO**
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | INSURANCE POLICIES WITH RE ASSURANCE. POLICY NO. XX1138. | H | 6,569.53 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% SHARES WITH ESTANCIAS DEL SEÑORIAL, INC. | J | 0.00 |
| | | 100% SHARES WITH GEB DEVELOPMENT, CORP | J | 0.00 |
| | | 100% SHARES WITH DESARROLLADORA INTERNACIONAL, INC. | J | 0.00 |
| | | 100% SHARES WITH MEDITERRANIUM AT PUNTA LAS MARIAS, INC. | J | 0.00 |
| | | 100% SHARES WITH GW CONSTRUCTION, CORP. | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >     **6,569.53**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **EFRAIN ANTONIO RIVERA SOLER,**
**BRENDA LIZ NIEVES CASTRO**
Debtors

Case No. **09-09654 (BKT)**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **CLAIM AGAINST ERLUKA, INC., NEWPORT BONDING, DORAL BANK, CARLOS GONZALEZ AND NITZA BARRETO. KAC05-8146 BEFORE THE COURT OF FIRST INSTANCE OF SAN JUAN FOR DAMAGES AND SUFFERED.** | J | 1,500,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total > **1,500,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **EFRAIN ANTONIO RIVERA SOLER,**           Case No. **09-09654 (BKT)**
       **BRENDA LIZ NIEVES CASTRO**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **0.00**
(Total of this page)
Total >     **1,536,869.53**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **EFRAIN A. RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO**
Debtor(s)

Case No.  09-09654 (BKT)
Chapter  11

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE AND STATEMENT OF PURPOSE

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing schedule(s), consisting of **4** sheet(s), and that they are true and correct to the best of my knowledge, information, and belief.

*Declaro bajo pena de perjurio que he leído el reporte ("Schedule") que antecede, consistente en __4__ hoja(s), y que el mismo es cierto y correcto, a mi mejor conocimiento, información y creencia.*

I likewise declare that the amendment submitted herein is made with the purpose including personal property.

*Declaro de la misma forma que la enmienda que se somete se hace con el propósito de incluir propiedades personales.*

Date  **January 7, 2010**     Signature  **/s/ EFRAIN A. RIVERA SOLER**
**EFRAIN A. RIVERA SOLER**
Debtor

Date  **January 7, 2010**     Signature  **/s/ BRENDA LIZ NIEVES CASTRO**
**BRENDA LIZ NIEVES CASTRO**
Join Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.