B6C (Official Form 6C) (12/07)

In re **EFRAIN ANTONIO RIVERA SOLER,**
**BRENDA LIZ NIEVES CASTRO**
Debtors

Case No. **09-09654 (BKT)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| PROPERTY LOCATED AT URB. EXT. SANTA MARIA 46 MALVA STREET IN SAN JUAN, PUERTO RICO WITH A 5 ROOMS AND 3 1/2 BATHROOMS CONSISTING OF A GROSS LIVING AREA OF 3,613 SQUARE FEET AND LOT OF 1,077 SQUARE METER. PURCHASED BY DEBTORS ON 2001 FOR $435,000.00. ADDITIONAL CONSTRUCTION COSTS OF 300,000.00. LAST APPRAISAL ON 2004 FOR 960,000.00. | 11 U.S.C. § 522(d)(1) 11 U.S.C. § 522(d)(5) | 40,400.00 2,150.00 | 960,000.00 |
| **Household Goods and Furnishings** | | | |
| FURNITURE CONSISTING OF 3 BEDROOM SETS, 2 LIVING ROOM SETS, DINING ROOM SET, 4 TVS, TERRACE SET, 2 TVS CENTER | 11 U.S.C. § 522(d)(3) | 6,300.00 | 6,300.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 7 ART PAINTINGS | 11 U.S.C. § 522(d)(3) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| WEARING APPAREL | 11 U.S.C. § 522(d)(3) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| WOMAN'S CARTIER WATCH | 11 U.S.C. § 522(d)(4) | 1,350.00 | 6,000.00 |
| MEN'S OMEGA WATCH | 11 U.S.C. § 522(d)(4) | 1,350.00 | 1,500.00 |
| | Total: | 56,550.00 | 978,800.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **EFRAIN A. RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO**
Debtor(s)

Case No.  09-09654 (BKT)
Chapter  11

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE AND STATEMENT OF PURPOSE

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing schedule(s), consisting of __1__ sheet(s), and that they are true and correct to the best of my knowledge, information, and belief.

*Declaro bajo pena de perjurio que he leído el reporte ("Schedule") que antecede, consistente en __1__ hoja(s), y que el mismo es cierto y correcto, a mi mejor conocimiento, información y creencia.*

I likewise declare that the amendment submitted herein is made with the purpose including property claimed as exempt.

*Declaro de la misma forma que la enmienda que se somete se hace con el propósito de incluir cuantías reclamadas como exentas.*

Date  **January 7, 2010**         Signature  **/s/ EFRAIN A. RIVERA SOLER**
                                              **EFRAIN A. RIVERA SOLER**
                                              Debtor

Date  **January 7, 2010**         Signature  **/s/ BRENDA LIZ NIEVES CASTRO**
                                              **BRENDA LIZ NIEVES CASTRO**
                                              Join Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.