B6H (Official Form 6H) (12/07)

In re  **EFRAIN ANTONIO RIVERA SOLER,**
       **BRENDA LIZ NIEVES CASTRO**
                                                                          Case No.  __09-09654 (BKT)__
                                     Debtors

## SCHEDULE H - CODEBTORS - AMENDED

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| DESARROLLADORA INTERNACIONAL<br>PO BOX 363842<br>San Juan, PR 00936-3842 | BANCO POPULAR<br>BANKRUPTCY DIVISION<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| DESARROLLADORA INTERNACIONAL<br>PO BOX 363842<br>San Juan, PR 00936-3842 | EUROBANK<br>PO BOX 191009<br>San Juan, PR 00919-1009 |
| GEB DEVELOPMENT CORP.<br>PO BOX 363842<br>San Juan, PR 00936-3842 | BBVA<br>PO BOX 364745<br>San Juan, PR 00936-4745 |
| GEB DEVELOPMENT CORP.<br>PO BOX 363842<br>San Juan, PR 00936-3842 | DORAL BANK<br>PO BOX 21373<br>San Juan, PR 00928-1373 |
| GEB DEVELOPMENT CORP.<br>PO BOX 363842<br>San Juan, PR 00936-3842 | EASY RENTAL EQUIPMENT, INC.<br>PO BOX 150<br>Mercedita, PR 00715 |
| GEB DEVELOPMENT CORP.<br>PO BOX 363842<br>San Juan, PR 00936-3842 | ECOLOGICA CARMELO<br>PO BOX 1052<br>Sabana Seca, PR 00952-1052 |
| GEB DEVELOPMENT CORP.<br>PO BOX 363842<br>San Juan, PR 00936-3842 | ESCO EQUIPMENT RENTAL<br>PO BOX 4040<br>Carolina, PR 00984 |
| GEB DEVELOPMENT CORP.<br>PO BOX 363842<br>San Juan, PR 00936-3842 | FAST FEEL<br>PO BOX 360827<br>San Juan, PR 00936 |
| GEB DEVELOPMENT CORP.<br>PO BOX 363842<br>San Juan, PR 00936-3842 | PRTC<br>PO BOX 71535<br>San Juan, PR 00936-8635 |
| GW CONTRUCTION<br>PO BOX 363842<br>San Juan, PR 00936-3842 | FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR 00908 |
| GW CONTRUCTION<br>PO BOX 363842<br>San Juan, PR 00936-3842 | RG PREMIER BANK<br>PO BOX 362394<br>San Juan, PR 00936-2394 |

  __1__  continuation sheets attached to Schedule of Codebtors

In re **EFRAIN ANTONIO RIVERA SOLER,** Case No. **09-09654 (BKT)**
**BRENDA LIZ NIEVES CASTRO**
Debtors

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **INTERISLAND**<br>PO BOX 363842<br>San Juan, PR 00936-3842 | **ALL TOOLS**<br>PO BOX 191784<br>San Juan, PR 00919-1784 |
| **MEDITERRANIUM AT PUNTA LAS MARIAS, INC.**<br>PO BOX 191009<br>San Juan, PR 00919-1009 | **EUROBANK**<br>PO BOX 191009<br>San Juan, PR 00919-1009 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **EFRAIN A. RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO**

Debtor(s)

Case No.  **09-09654 (BKT)**
Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE AND STATEMENT OF PURPOSE

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing schedule(s), consisting of **2** sheet(s), and that they are true and correct to the best of my knowledge, information, and belief.

*Declaro bajo pena de perjurio que he leído el reporte ("Schedule") que antecede, consistente en **2** hoja(s), y que el mismo es cierto y correcto, a mi mejor conocimiento, información y creencia.*

I likewise declare that the amendment submitted herein is made with the purpose including co debtors.

*Declaro de la misma forma que la enmienda que se somete se hace con el propósito de incluir codeudores.*

Date  **January 7, 2010**    Signature  **/s/ EFRAIN A. RIVERA SOLER**
**EFRAIN A. RIVERA SOLER**
Debtor

Date  **January 7, 2010**    Signature  **/s/ BRENDA LIZ NIEVES CASTRO**
**BRENDA LIZ NIEVES CASTRO**
Join Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.