## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>EFRAIN RIVERA SOLER AND<br>BRENDA NIEVES CASTRO<br>*Debtors* | CASE NO 09-09654 (BKT)<br><br>CHAPTER 11 |

### **DEBTOR'S OBJECTION TO CLAIM, NOTICE AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES Now Debtor represented by the undersigned counsel, and respectfully states and prays as follows:

1. On December 8, 2009, Banco Popular de Puerto Rico filed claim number 7 in the amount of $13,070.00. Banco Popular did not attach any document to the proof of claim in support of its claim.

2. Even when this creditor was listed in Schedule "F", debtors cannot identify their account as ending in 0001. Furthermore, there is a difference in the amounts scheduled versus the claimed amounts.

3. For this reason, the Debtors hereby object claim number 7.

WHEREFORE, debtor respectfully prays that claim number 7 filed by Banco Popular be disallowed.

### **NOTICE TO CREDITORS AND PARTIES IN INTEREST**

Within (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R.Bank.P.9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. LBR 9013-1(h)(I).

*Objection to Claim* *Page -2-*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, including the US Trustee. I further certify to have sent a copy of the instant document via regular US mail to Banco Popular at Bankruptcy Department, PO Box 366818, San Juan, PR 00936-6818 .

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 29th day of March, 2010.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com

S/ **ZELMA DAVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com