B6F (Official Form 6F) (12/07)

In re **EFRAIN ANTONIO RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO**
Debtor(s)

Case No. **09-09654 (BKT)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS-AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AAA <br> PO BOX 70101 <br> San Juan, PR 00936-8101 | | J | UTILITIES | | | | 0.00 |
| ACCOUNT NO. <br><br> AEE <br> PO BOX 363508 <br> San Juan, PR 00936-3508 | | J | UTILITIES | | | | 0.00 |
| ACCOUNT NO. <br><br> ALL TOOLS <br> PO BOX 191784 <br> San Juan, PR 00919-1784 | | J | DEBTOR IS CODEBTOR TO INTERISLAND CORP. | X | X | X | 2,347.14 |

Sheet 1 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **EFRAIN ANTONIO RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO**
Debtor(s)

Case No **09-09654 (BKT)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (HWJC) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx1013<br><br>Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | J | Opened 12/14/07 Last Active 10/01/09<br><br>CreditCard | | | | 4,581.00 |
| ACCOUNT NO. 9001<br><br>BANCO POPULAR<br>BANKRUPTCY DIVISION<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | | H | DEBTOR IS CODEBTOR TO DESARROLLADORA INTERNACIONAL LINE OF CREDIT | | X | | 42,000.00 |
| ACCOUNT NO. 8465<br><br>BANCO POPULAR<br>BANKRUPTCY DIVISION<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | | H | DEBTOR IS CODEBTOR TO DESARROLLADORA INTERNACIONAL TO THIS COMMERCIAL LOAN | | X | | 50,000.00 |
| ACCOUNT NO. xxxxxxxxxxxx0158<br><br>BBVA<br>PO BOX 364745<br>San Juan, PR 00936-4745 | | H | Opened 5/12/06 Last Active 6/16/09<br><br>CreditCard | | | | 11,939.00 |
| ACCOUNT NO. xxxxxxxxxxxx4231<br><br>BBVA<br>PO BOX 364745<br>San Juan, PR 00936-4745 | | W | Opened 6/29/04 Last Active 6/16/09<br><br>CreditCard | | | | 2,341.00 |

Sheet 2 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  EFRAIN ANTONIO RIVERA SOLER
       BRENDA LIZ NIEVES CASTRO
                    Debtor(s)                                    Case No  09-09654 (BKT)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxx0943<br><br>BBVA<br>PO BOX 364745<br>San Juan, PR 00936-4745 | | J | Opened 5/11/04 Last Active 12/08/08<br><br>AutoLease LEXUS - DEBTOR IS CODEBTOR TO GEB DEVELOPMENT CORP. | | X | | 30,000.00 |
| ACCOUNT NO.<br><br>CAMINOS TERRAVERDE<br>PO BOX 5252<br>Carolina, PR 00984-5252 | | J | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>CARIBBEAN FEDERAL SAVINGS<br>UNKNOWN-CEASED TO EXIST AS AN ENTITY | | J | PERSONAL LOAN | | X | X | 19,000.00 |
| ACCOUNT NO.<br><br>CARLOS GONZALEZ<br>CALLE CESAR GONZALEZ #442<br>San Juan, PR 00918 | | J | CONSTRUCTION CONTRACT | X | X | X | 1,750,000.00 |
| ACCOUNT NO. xxxxxxxx0484<br><br>Chase - Toys R Us<br>Po Box 15298<br>Wilmington, DE 19850 | | H | Opened 4/01/08 Last Active 10/01/09<br><br>CreditCard | | | | 233.00 |

Sheet 3 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  EFRAIN ANTONIO RIVERA SOLER  
BRENDA LIZ NIEVES CASTRO  
Debtor(s)

Case No  09-09654 (BKT)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx2581  CITIFINANCIAL  PO BOX 71587  SAN JUAN, PR 00936 | | H | Opened 9/08/06 Last Active 6/16/09  ChargeAccount | | | | 5,004.00 |
| ACCOUNT NO.  DIRECT TV  PO BOX 71413  San Juan, PR 00936-8513 | | J | UTILITIES | | | | 182.26 |
| ACCOUNT NO.  DORAL BANK  PO BOX 21373  San Juan, PR 00928-1373 | | J | DEBTOR IS CODEBTOR TO GEB DEVELOPMENT CORP. (OVERDRAFT ACCOUNT) | | X | | 25,241.07 |
| ACCOUNT NO.  EASY RENTAL EQUIPMENT, INC.  PO BOX 150  Mercedita, PR 00715 | | J | DEBTOR IS CODEBTOR TO GEB DEVELOPMENT CORP. | | X | | 58,411.25 |
| ACCOUNT NO.  ECOLOGICA CARMELO  PO BOX 1052  Sabana Seca, PR 00952-1052 | | J | DEBTOR IS CODEBTOR TO GEB DEVELOPMENT CORP. | | X | | 11,977.30 |

Sheet 4 of 12 total sheets in Schedule of Creditors  
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **EFRAIN ANTONIO RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO**
Debtor(s)

Case No  **09-09654 (BKT)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ENRIQUE SANTIAGO RODRIGUEZ** <br> **442 CESAR GONZALEZ STREET** <br> **San Juan, PR 00918** | | J | SAME CLAIM AS CARLOS GONZALEZ | X | X | X | 0.00 |
| ACCOUNT NO. <br> **ERLUCA, INC.** <br> Urb. El Cerezal # 1656 <br> Calle Parána <br> San Juan, PR 00926 | | J | | X | X | X | 3,198,151.00 |
| ACCOUNT NO. <br> **ERNESTO RODRIGUEZ** <br> **512 HOSTOS AVE.** <br> **SAN JUAN, PR 00918** | | J | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. <br> **ESCO EQUIPMENT RENTAL** <br> PO BOX 4040 <br> Carolina, PR 00984 | | J | DEBTOR IS CODEBTOR TO GEB DEVELOPMENT | X | | | 75,000.00 |
| ACCOUNT NO. xxxxx8423 <br> **EUROBANK** <br> PO BOX 191009 <br> San Juan, PR 00919-1009 | | J | Opened 1/01/08 Last Active 4/01/09 <br> Unsecured <br> PERSONAL LOAN | | | | 17,233.00 |

Sheet 5 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **EFRAIN ANTONIO RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO** Case No **09-09654 (BKT)**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx8963<br><br>EUROBANK<br>PO BOX 191009<br>San Juan, PR 00919-1009 | | H | Opened 1/01/99 Last Active 5/01/09<br><br>CreditCard | | | | 15,699.00 |
| ACCOUNT NO.<br><br>EUROBANK<br>PO BOX 191009<br>San Juan, PR 00919-1009 | | J | DEBTOR IS CODEBTOR TO DESARROLLADORA INTERNACIONAL FOR CONSTRUCTION PROJECT | X | X | X | 2,500,000.00 |
| ACCOUNT NO. 7575<br><br>EUROBANK<br>PO BOX 191009<br>San Juan, PR 00919-1009 | | J | DEBTOR IS CODEBTOR TO DESARROLLADORA INTERNACIONAL FOR LEASING OF LEXUS | | | | 64,263.85 |
| ACCOUNT NO. 9770<br><br>EUROBANK<br>PO BOX 191009<br>San Juan, PR 00919-1009 | | J | LINE OF CREDIT DEBTOR CODEBTOR TO DESARROLLADORA INTERNACIONAL | | | | 110,000.00 |

Sheet 6 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re EFRAIN ANTONIO RIVERA SOLER
BRENDA LIZ NIEVES CASTRO
Debtor(s)

Case No 09-09654 (BKT)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EUROBANK<br>PO BOX 191009<br>San Juan, PR 00919-1009 | | J | CODEBTOR TO MEDITERRANIUM AT PUNTA LAS MARIAS, INC. FOR CONSTRUCTION PROJECT. | X | X | X | 2,500,000.00 |
| ACCOUNT NO.<br><br>FAST STEEL<br>PO BOX 360827<br>San Juan, PR 00936 | | J | DEBTOR IS CODEBTOR TO GEB DEVELOPMENT, CORP. | X | X | | 6,291.93 |
| ACCOUNT NO. xxxxxxxxxxx7785<br><br>FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR 00908 | | J | Opened 4/29/08 Last Active 8/31/09<br><br>AutoLease FOR A FORD F250 - DEBTOR IS CODEBTOR TO GW CONTRUCTION | X | X | | 22,624.00 |
| ACCOUNT NO. xxxxxx0943<br><br>FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR 00908 | | J | AutoLease FOR 2005 FORD F150- DEBTOR IS CODEBTOR TO GW CONTRUCTION | X | X | | 13,000.00 |
| ACCOUNT NO. xxxxxxxxxxx9167<br><br>FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR 00908 | | H | Opened 9/27/08 Last Active 10/01/09<br><br>AutoLease over auto used by debtor. | | | | 42,778.00 |

Sheet 7 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **EFRAIN ANTONIO RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO**
Debtor(s)

Case No **09-09654 (BKT)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxx5558 <br><br> FIRSTBANK PR <br> PO BOX 9146 <br> SAN JUAN, PR 00908 | | J | Opened 8/04/07 Last Active 6/25/09 <br><br> AutoLease FOR A VOLKSWAGEN - DEBTOR IS CODEBTOR TO GW CONSTRUCTION | X | X | | 40,342.00 |
| ACCOUNT NO. xxxxxxxx4741 <br><br> Gemb/Gap <br> Po Box 103104 <br> Roswell, GA 30076 | | J | Opened 8/05/07 Last Active 11/01/09 <br><br> ChargeAccount | | | | 448.00 |
| ACCOUNT NO. xxxxxxxxxxxx0126 <br><br> Gemb/Jcppr <br> Po Box 103104 <br> Roswell, GA 30076 | | W | Opened 1/13/94 Last Active 10/01/09 <br><br> ChargeAccount | | | | 20.00 |
| ACCOUNT NO. xxxxxxxx7062 <br><br> Gemb/Sams Club Dc <br> Po Box 103104 <br> Roswell, GA 30076 | | H | Opened 1/28/08 Last Active 10/01/09 <br><br> CreditCard | | | | 3,667.00 |
| ACCOUNT NO. <br><br> GEOSYNTHETICS <br> PMB 123 <br> BOX 7886 <br> Guaynabo, PR 00970-7886 | | J | SUPPLIERS | X | X | X | 0.00 |

Sheet 8 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **EFRAIN ANTONIO RIVERA SOLER**
**BRENDA LIZ NIEVES CASTRO**
Debtor(s)

Case No **09-09654 (BKT)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. HALCO SALES, INC. PO BOX 4820 Carolina, PR 00984 | | J | SUPPLIERS | X | X | X | 0.00 |
| ACCOUNT NO. HIERROMAT PO BOX 2550 Toa Baja, PR 00951 | | J | SUPPLIERS | X | X | X | 0.00 |
| ACCOUNT NO. HORMIGONERA MAYAGUEZANA, INC. PO BOX 364487 San Juan, PR 00936-4487 | | J | SUPPLIERS | X | X | X | 150,864.11 |
| ACCOUNT NO. INTERNATIONAL RUSTIC PAVERS PMB 191 405 AVE ESMERALDA Guaynabo, PR 00969 | | J | SUPPLIERS | X | X | X | 27,148.00 |
| ACCOUNT NO. LUIS A. RUBI BARBER Calle Cesar Gonzalez #442 San Juan, PR 00918 | | J | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. MADERERAS 3C PO BOX 11279 San Juan, PR 00922-1279 | | J | | X | X | X | 0.00 |

Sheet 9 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **EFRAIN ANTONIO RIVERA SOLER / BRENDA LIZ NIEVES CASTRO**  
Debtor(s)

Case No **09-09654 (BKT)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MALU MUNIZ, ESQ.<br>PO BOX 194942<br>San Juan, PR 00919-4942 | | J | LEGAL SERVICES | | | | 7,541.49 |
| ACCOUNT NO.<br><br>MAX CHEMICAL<br>URB. IND. SABANA LLANA<br>#6 LA BRISA<br>San Juan, PR 00924-3834 | | J | | X | X | X | 0.00 |
| ACCOUNT NO. xxxxxxxxx1320<br><br>Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | | W | Opened 12/11/04 Last Active 10/01/09<br><br>ChargeAccount | | | | 441.00 |
| ACCOUNT NO.<br><br>NEWPORT BONDING & SURETY CO.<br>128 ISABEL ANDREU AGUILAR ST.<br>San Juan, PR 00918 | | J | INDEMNITY | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>NITZA BARRETO<br>CALLE CESAR GONZALEZ #442<br>San Juan, PR 00918 | | J | SAME CLAIM AS CARLOS GONZALEZ | X | X | X | 0.00 |

Sheet 10 of 12 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **EFRAIN ANTONIO RIVERA SOLER**
      **BRENDA LIZ NIEVES CASTRO**
      Debtor(s)

Case No  **09-09654 (BKT)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PABLO JESUS BAEZ LOUREIRO <br> DORADO DEL MAR <br> V-13 CALLE MADREPERLA <br> Dorado, PR 00646 | | J | LOAN TO DESARROLLADORA INTERNACIONAL AND DEBTORS | X | X | X | 150,000.00 |
| ACCOUNT NO. 0260 <br><br> PR AQUISITIONS, LLC <br> PO BOX 194499 <br> San Juan, PR 00919-4499 | | H | AUTO DEFICIENCY | | | | 4,717.40 |
| ACCOUNT NO. <br><br> PRTC <br> PO BOX 71535 <br> San Juan, PR 00936-8635 | | J | | | | | 0.00 |
| ACCOUNT NO. xxx-0082 <br><br> PRTC <br> PO BOX 71535 <br> San Juan, PR 00936-8635 | | J | DEBTORS ARE CODEBTORS TO THIS ACCOUNT | | | | 403.14 |
| ACCOUNT NO. <br><br> PUERTO RICO WIRE PRODUCT <br> PO BOX 363167 <br> San Juan, PR 00936-3167 | | J | | X | X | X | 0.00 |
| ACCOUNT NO. 2133 <br><br> RG PREMIER BANK <br> PO BOX 362394 <br> San Juan, PR 00936-2394 | | H | LINE OF CREDIT. DEBTOR IS CODEBTOR TO GW CONSTRUCTION | | | | 35,000.00 |

Sheet 11 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re EFRAIN ANTONIO RIVERA SOLER
BRENDA LIZ NIEVES CASTRO
Debtor(s)

Case No 09-09654 (BKT)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxx2055<br><br>Sears/Cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117 | | J | Opened 9/01/92 Last Active 9/20/09<br><br>ChargeAccount | | | | 1,749.00 |
| ACCOUNT NO.<br><br>SECRET SECURITY SERVICE,INC.<br>UNKNOWN | | J | SUPPLIERS | | | | 0.00 |
| ACCOUNT NO.<br><br>STONE & TILE<br>PMB 247<br>HC-01 BOX 29030<br>Caguas, PR 00725-8900 | | J | SUPPLIERS | X | X | X | 0.00 |
| ACCOUNT NO. 1001<br><br>TRIPLE S<br>PO BOX 363628<br>San Juan, PR 00936-3628 | | J | INSURANCE | | | | 1,446.45 |
| ACCOUNT NO.<br><br>VIVALDI & ASSOC.<br>657 JERUSALEM<br>SABANA LLANA<br>San Juan, PR 00925 | | J | SUPPLIER OF INTERISLAND CORP. | X | X | X | 6,193.00 |
| | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 11,008,278.39 |

Sheet 12 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re **EFRAIN ANTONIO RIVERA SOLER and BRENDA LIZ NIEVES CASTRO**
Debtor(s)

Case No. **09-09654 (BKT)**
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE AND STATEMENT OF PURPOSE

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

We declare under penalty of perjury that we have read the foregoing schedule(s), consisting of **12** sheet(s), and that they are true and correct to the best of our knowledge, information, and belief.

*Declaramos bajo pena de perjurio que hemos leído el reporte ("Schedule") que antecede, consistente en **12** hoja(s), y que el mismo es cierto y correcto, a nuestro mejor conocimiento, información y creencia.*

We likewise declare that the amendment submitted herein is made with the purpose of including additional creditors.
*Declaramos de la misma forma que la enmienda que se somete se hace con el propósito de incluir acreedores adicionales.*

Date  August 27, 2010                       Signature  **/s/ EFRAIN ANTONIO RIVERA SOLER**
                                                       **EFRAIN ANTONIO RIVERA SOLER**
                                                       Debtor

Date  August 27, 2010                       Signature  **/s/ BRENDA LIZ NIEVES CASTRO**
                                                       **BRENDA LIZ NIEVES CASTRO**
                                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.