**EXHIBIT B**

Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
Liquidation Analysis
As of June 30, 2010
Case No. 09-09654 (ESL)

# Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
## Notes to Liquidation Analysis
## As of June 30, 2010

TABLE OF CONTENT

STATEMENT OF LIQUIDATION ANALYSIS.................................. 1

NOTES TO LIQUIDATION ANALYSIS............................ ................. 2-3

## Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves

**LIQUIDATION ANALYSIS**
As of June 30, 2010
Case: 09-09654 (ESL)

| Property | Estimated Market Value | Chapter 7 | Per Cent | Chapter 11 | Per Cent |
|---|---|---|---|---|---|
| Residence (Note A) | $ 904,000 | $ 723,200 | 80% | $ 904,000 | 100% |
| Real Estate (Note B) | 1,800,000 | - | | - | |
| Furniture (Note C) | 6,300 | 6,300 | | 6,300 | |
| Paintings (Note C) | 3,000 | 3,000 | | 3,000 | |
| Jewelry | 19,000 | 19,000 | | 19,000 | |
| Wearing Apparel (Note C) | 2,000 | 2,000 | | 2,000 | |
| Domestic corporations (Note D) | - | - | | - | |
| Insurance Policy | 6,569 | 6,569 | | 6,569 | |
| Claim against Erluca (Note E) | | | | | |
| Total | $ 2,740,869 | $ 760,069 | | $ 940,869 | |
| | | | | | |
| Less: | | | | | |
| Chapter 7 Trustee Fees & Admin. (Exhibit 2) | | $ 104,158 | | $ - | |
| Legal & Accounting Fees | | 25,000 | | 52,400 | |
| Debtors Claims Exemptions (Note F) | | 56,550 | | 56,550 | |
| Liquidation Expense Chap 11 | | - | | 65,732 | |
| | | | | | |
| Less: Priority Payments | | - | | - | |
| Secured Payments | | 635,542 | | 635,542 | |
| | | - | | - | |
| Total | | $ 821,249 | | $ 810,223 | |
| | | | | | |
| Availble Cash | | (61,180) | | 130,646 | |
| | | | | | |
| Unsecured Creditors as per reconciliation (including disputed, unliquidated & contingent) (See Exhibit 1) | | 7,253,427.56 | | 7,253,427.56 | |
| | | | | | |
| Per cent to Unsecured Creditors | | | 0% | | 1.8% |
| | | | | | |
| Distribution to Unsecured Creditors | | $ - | | $ 130,646 | |

The accompanying notes are an integral part of this statement

## Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
## Notes to Liquidation Analysis
## As of June 30, 2010

| | Estimated Market Value |
|---|---|
| **NOTE A. Residence** | |
| Residential house located at Urb. Ext. Santa Maria With 5 rooms and 3 ½ bathrooms consisting of a Gross living area of 3,613 square feet and a lot of 1,077 square meter | $906,000 |

This property has an exemption of $40,400 as per 11 USC § 522 (d) (1) and an exemption of $2,150 as per 11 1USC § 522 (d) (5), its mortgage is being paid according stipulated.

We assumed under Chapter 7 that this property would be sold at 80% of the remaining actual market value.

### NOTE B. Real Estate

| | |
|---|---|
| Land located at Segundo Ward in Ponce, Puerto Rico with 15.621.56 square meters. | $1,800,000 |

This property has not been included since it is collateral that will be turned to the secured creditor.

### NOTE C. House Furniture, Paintings & Wearing Apparel

Properties with zero value under Chapter 7 or Chapter 11, because are claimed as exempt under 11 USC § 522(d) (3) and 11 USC § 522 (d) (4)

### NOTE D. Domestic Corporations

1- Desarrolladora Internacional, Inc., this corporation has zero value.
2- Mediterranium At-Punta Las Marías Inc. has zero value.
3- GW Construction Corp., Inc. has zero value.
4- GEB Development, Corp has no assets.
5- Estancias el Señorial

## Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
## Notes to Liquidation Analysis
## As of June 30, 2010

### NOTE E. Secured & Unsecured Claims

Debtors' claim against Erluca has not been included since such company has denied liability and it has a claim against the Debtors. Extensive litigation is required in order to collect such amount and was initiated prepetiton, any amount collected will be use to fund the plan, and if available to pay unsecured creditors up to 100% percent of their allowed claims plus 6% percent interest. See attachment Exhibit 1 for Secured & Unsecured Claims.

### NOTE F. Debtors Claims Exemptions

| Description | Law | Value |
|---|---|---|
| Real Property Santa Maria | 11 USC § 522(d) (1) | $40,400 |
|  | 11 USC § 522(d) (5) | 2,150 |
| Household Good & Furniture | 11 USC § 522(d) (3) | 6,300 |
| Book, Pictures And Other Arts | 11 USC § 522(d) (3) | 3,000 |
| Wearing Apparel | 11 USC § 522(d) (3) | 2,000 |
| Furs & Jewelry | 11 USC § 522(d) (4) |  |
| Woman's Cartier watches |  | 1,350 |
| Men's Omega watches |  | 1,350 |
| Total |  | $56,550 |

**In Re: Efrain Rivera & Brenda Nieves, 09-09654 (ESL)**
**Creditors**
**Exhibit 1**

| | CLAIM | POC FILED | POC # | DESCRIPTION |
|---|---:|---:|---:|---|
| **Secured Classes - 1 and 2** | | | | |
| Mortgage to RG Premier | 931,975.09 | 931,975.09 | 12 | MORTGAGE LOAN |
| Mortgage to Citimortgage | 635,541.74 | 635,541.74 | 17 | HOME MORTGAGE LOAN |
| | $ 1,567,516.83 | $ 1,567,516.83 | | |
| | | | | |
| **Trustee Fees and Administrative Expenses** | | | | |
| Trustee Fees | 500.00 | | | |
| Accountant | 5,000.00 | | | |
| Attorney | 20,000.00 | | | |
| | $ 25,500.00 | | | |
| | | | | |
| **Unsecured Class - 3** | | | | |
| Eurobank | 1,482,929.71 | 1,482,929.71 | 20 | CONSTRUCTION LOAN DESARR. |
| Eurobank | 967,184.79 | 967,184.79 | 28 | CONSTRUCTION LOAN DESARR. |
| | $ 2,450,114.50 | $ 2,450,114.50 | | |
| | | | | |
| **General Unsecured Class - 4** | | | | |
| PR Acquisitions | 4,717.40 | 4,717.40 | 1 | CHRYSLER AUTO DEFICIENCY |
| BBVA | 12,195.74 | 12,195.74 | 2 | 0158 VISA - CREDIT CARD |
| BBVA | 2,341.52 | 2,341.52 | 3 | 4231 VISA - CREDIT CARD |
| Macys | 441.41 | 441.41 | 5 | MACYS CREDIT CARD |
| Gregorio Zayas | 450,000.00 | 450,000.00 | 6 | Judgment KCD 2007-0293 |
| American Express | 4,581.94 | 4,581.94 | 8 | 1001 - CREDIT CARD |
| Pablo Baez | 190,000.00 | 190,000.00 | 9 | MONEY LOANED TO DESARROLLADORA |
| RG Premier | 36,695.69 | 36,695.69 | 13 | MONEY LOANED ACCT 2133 |
| Citifinancial | 5,127.13 | 5,127.13 | 14 | MONEY LOANED ACCT 1919 |
| BBVA | 31,765.77 | 31,765.77 | 15 | 2004 LEXUS GX470 / GEB DEVEL. |
| Eurobank | 105,117.14 | 105,117.14 | 18 | COMM. LOAN 1440 DESARRO. |
| Eurobank | 450,393.57 | 450,393.57 | 19 | COMM. LOAN 1459 DESARRO. |
| Municipio de Carolina | 893.87 | 893.87 | 21 | Judgment XCM2009-0872 |
| Recovery Management for GE Mo | 426.45 | 426.45 | 22 | GAP CARD |
| Recovery Management for GE Mo | 99.53 | 99.53 | 23 | JC PENNEY CARD |
| GE Money | 3,667.12 | 3,667.12 | 24 | SAMS CLUB |
| Eurobank | 9,035.58 | 9,035.58 | 25 | 8963 VISA - CREDIT CARD |
| Eurobank | 19,398.95 | 19,398.95 | 27 | MONEY LOANED ACCT 8423 |
| First Bank | 13,511.25 | 13,511.25 | 29 | 2005 FORD 150 - GW CONSTRUC |
| First Bank | 40,496.82 | 40,496.82 | 30 | 2007 VOLKSWAGEN BEETLE |
| First Bank | 22,722.27 | 22,722.27 | 31 | 2008 Ford E-250 / GW CONSTRUC |
| Newport Bonding | 629,703.52 | 629,703.52 | 32 | Performance Bond GEB Dev. |
| Departamento del Trabajo | 500.00 | | n/a | Employee Claim |
| Banco Popular | 42,000.00 | | n/a | Line of Credit / Desarrolladora |
| Banco Popular | 42,000.00 | | n/a | Comm. Loan / Desarrolladora |

| | | | | |
|---|---:|---:|---|---|
| Direct TV | 182.26 | | n/a | Utilities |
| Doral Bank | 24,241.07 | | n/a | Overdraft / GEB Develop. |
| Easy Rental Equipment | 58,411.25 | | n/a | Equipment Rental / GEB Devel. |
| Ecologica Carmelo | 11,977.30 | | n/a | Supplies / GEB Develop. |
| Esco Equipment Rental | 75,000.00 | | n/a | Equipment Rental / GEB Devel. |
| Fast Steel | 6,291.93 | | n/a | Supplies / GEB Develop. |
| PRTC | 403.14 | | n/a | Utilities |
| Sears | 1,749.00 | | n/a | Credit Card |
| Triple S | 1,446.45 | | n/a | Insurance |
| Erluca / FOR CALC. ONLY | 3,198,351.00 | | | Contingent Claim to be if prevails |
| Carlos Gonzalez/Enrique Santago/Nitza Barreto | 1,750,000.00 | | | Construction Contract |
| Lcda. Malu Muñoz | 7,541.49 | | | Legal Services |
| | $ 7,253,427.56 | $2,033,332.67 | | |

**Unsecured Class - 5**

| | | | |
|---|---:|---:|---|
| First Bank Arrears - POC 4 | 1,465.80 | 1,465.80 | 4 LEASING JEEP COMANDER |
| | $1,465.80 | $1,465.80 | |

# HYPOTHETICAL CHAPTER 7 LIQUIDATION ANALYSIS
## Exhibit 2

IN RE:  Efrain Rivera & Brenda Nieves
CASE NO.  09-09654

|  | Actual |  | Original |  | Creditor |
|---|---|---|---|---|---|
| **Value** | $ 723,200.00 | $ | 435,000.00 |  |  |
| **1st. mortgage** | $ 665,987.00 |  |  |  | Citimortgage |
| **2nd. mortgage** | $    -   | $ | - |  |  |
| **3rd. mortgage** | $    -   | $ | - |  |  |
| **Equity** | $ 57,213.00 |  |  |  |  |
| **Other Assets** | $ 36,869.53 | Personal Property, except contingent claim |  |  |  |
| **Other Liens** | $   -   |  |  |  |  |
| **Other Assets Equity** | $ 36,869.53 |  |  |  |  |
| **Other Assets Exemptions** | $ 14,000.00 |  |  |  |  |
| **Real Prop. Exemption** | $ 42,550.00 |  |  |  |  |
| **Non Exempt Equity** | $ 37,532.53 |  | ← |  | Non Exempt Equity |

### LIQUIDATION EXPENSES

| **Chapter 7 Trutee's Fee** |  |  |  |  |  |
|---|---|---|---|---|---|
| Total disbursements | $ 703,519.53 |  |  |  |  |
| $0 - $5,000 @ 25% |  | $ | 1,250.00 |  |  |
| $5,000.01-$50,000 @10% |  | $ | 4,500.00 |  |  |
| $50,000.01 - @5% |  | $ | 32,675.98 |  |  |
| **Trustees Fees Total** | $ 38,425.98 |  |  |  |  |
| **Capital Gain Tax @10%** | $ 28,820.00 | **CAPITAL GAIN=** | $ | 288,200.00 |  |
| **Sale Deed Cost and Fees** |  |  |  |  |  |
| Notary Fees |  | $ | 6,116.00 |  |  |
| Arancel + Notarial Stamp |  | $ | 725.20 |  |  |
| Total | $ 6,841.20 | $ | 6,841.20 |  |  |
| **Mortgage Cancellation 1st.** |  |  |  |  | Citimortgage |
| Notary Fees |  | $ | 100.00 |  |  |
| Arancel |  | $ | 666.99 |  |  |
| Notarial Stamp |  | $ | 1.00 |  |  |
| Certificate Deed Stamps |  | $ | 333.99 |  |  |
| I.R.Voucher for Deed recordation at Prop Reg. |  | $ | (50.00) |  |  |
| Additional Voucher $10 + I.R. .50 stamp |  | $ | 10.50 |  |  |
| Total | $ 1,062.48 | $ | 1,062.48 |  |  |

**Mortgage Cancellation 2nd.**                                                                                       0

| | | | |
|---|---|---|---|
| Notary Fees | | $ | - |
| Arancel | | $ | - |
| Notarial Stamp | | $ | - |
| Certificate Deed Stamps | | $ | - |
| I.R.Voucher for Deed recordation at Prop Reg. | | $ | - |
| Additional Voucher $10 + I.R. .50 stamp | | $ | - |
| **Total** | $    - | $ | - |

**Mortgage Cancellation 3rd.**                                                                 0

| | | | |
|---|---|---|---|
| Notary Fees | | $ | - |
| Arancel | | $ | - |
| Notarial Stamp | | $ | - |
| Certificate Deed Stamps | | $ | - |
| I.R.Voucher for Deed recordation at Prop Reg. | | $ | - |
| Additional Voucher $10 + I.R. .50 stamp | | $ | - |
| **Total** | $    - | $ | - |

| | | | |
|---|---|---|---|
| **Title Study** | $ | 80.00 | |
| **Presentation Fees** | $ | - | |
| **Realtor Fees** | $ | 28,928.00 | 4.00% |
| **Real Prop. Liq. Other Expense** | $ | - | |
| **Other Assets Liq. Expense** | | | |
| **Total Expenses** | $ | 104,157.66 | |

## LIQUIDATION VALUE ANALYSIS

| | | |
|---|---|---|
| **Non Exempt Equity** | $ | 37,532.53 |
| **Liquidation Expenses** | $ | 104,157.66 |
| **Liquidation Value** ⟶ | $ | -   ← Liquidation Value |