**EXHIBIT C**

Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
Income Statement Projections
For Six Months Period Ended June 30, 2010
For The Six (6) Months Projections Period Ended; December 31, 2010 to 2015

E-mail jalh56@yahoo.com

# Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
## Income Statement Projections
## For Six Months Period Ended June 30, 2010
## For The Six (6) Months Projections Period Ended; December 31, 2010 to 2015

## TABLE OF CONTENT

| | PAGE |
|---|---|
| ACCOUNTANT'S REPORT | 1 |
| INCOME STATEMENT FORCAST | 2 |
| CASH FLOWS STATEMENT PROJECTIONS | 3 |
| NOTES TO INCOME STATEMENT FORCAST | 3-6 |



**J. A. & Associates**
ESPECIALISTA EN CONTRIBUCIONES
CONTABILIDAD

## ACCOUNTANT'S REPORT

August 26, 2010.

Mr. Efrain A. Rivera
& Mrs. Brenda L. Nieves
PO Box 363842
San Juan, PR 00936

We have organized the accompanying summarized Income Statement Forecast of Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves, for the Six (6) Months period ended June 30, 2010 and for the Six (6) Months period ended December 31, 2010 to 2015, in accordance with standards established.

The organized statement is limited to presenting in the form of forecast information that is the representation of management and does not include evaluation of the support for the assumptions underlying the forecast. We have not examined the forecast and, accordingly, do not express an opinion or any other form of assurance on the accompanying statement or assumptions. Furthermore there will usually be differences between the forecaster and actual results, because events and circumstances frequently do not occur as expected, and these differences may be material. We have no responsibility to update this report for events and circumstances occurring after the date of this report.

*J. A. + Assoc.*

Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
Income Statement Projections
For Six Months Period Ended June 30, 2010
For The Six (6) Months Projections Period Ended; December 31, 2010 to 2015

| Years | 2010 Actual | 2010 6 Month Projected | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| Professional Services | $ 7,803 | $ 30,000 | $ 61,500 | $ 62,115 | $ 62,736 | $ 63,364 | $ 63,997 |
| Join Debtors Business | 27,300 | 2,500 | 12,000 | 19,500 | 25,000 | 25,000 | 25,000 |
| **Total Revenue** | $ 35,103 | $ 32,500 | $ 73,500 | $ 81,615 | $ 87,736 | $ 88,364 | $ 88,997 |
| **Operating Expenses** | | | | | | | |
| Personal expense | $ 15,860 | $ 13,000 | $ 22,050 | $ 22,036 | $ 23,689 | $ 23,858 | $ 24,029 |
| Professional Education | 1,720 | 1,500 | 3,075 | 3,106 | 3,137 | 3,168 | 3,200 |
| Legal & Accounting Total | | 3,978 | 7,956 | 7,956 | 7,956 | 7,956 | 7,956 |
| General Overhead | | 600 | 1,470 | 1,632 | 1,755 | 1,767 | 1,780 |
| Professional Services | 335 | 750 | 1,838 | 2,040 | 2,193 | 2,209 | 1,780 |
| Vehicle Expense | 984 | 1,170 | 2,940 | 2,448 | 4,387 | 4,418 | 4,450 |
| Utilities | | 900 | 2,205 | 1,632 | 2,632 | 2,651 | 2,670 |
| Office Supplies | 323 | 450 | 1,103 | 816 | 1,316 | 1,325 | 1,335 |
| Bankruptcy Priority Payments Total | | - | - | - | - | - | - |
| Secured Creditor Payments Total | 6,286 | 5,370 | 10,740 | 10,740 | 10,740 | 10,740 | 10,740 |
| Bankruptcy Unsecured Payments Total | 3,900 | 17,801 | 28,803 | 28,803 | 28,803 | 24,003 | |
| U.S. Trustee Quarterly Fees | 650 | 325 | 975 | - | - | - | - |
| **Total Operating Expenses** | $ 26,158 | $ 31,943 | $ 72,151 | $ 81,210 | $ 86,607 | $ 86,896 | $ 81,942 |
| **Net Revenue** | $ 8,945 | $ 557 | $ 1,349 | $ 405 | $ 1,129 | $ 1,468 | $ 7,055 |

Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
Cash Flows Statement Projections
For Six Months Period Ended June 30, 2010
For The Six (6) Months Projections Period Ended; December 31, 2010 to 2015

| YEAR | Actual | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| FUNDS AT BEGINNING OF PERIOD | $ - | $ 8,945 | $ 9,502 | $ 10,851 | $ 11,256 | $ 12,385 | $ 13,853 |
| Professional Services | 7,803 | 30,000 | 61,500 | 62,115 | 62,736 | 63,364 | 63,997 |
| Join Debtors Business | 27,300 | 2,500 | 12,000 | 19,500 | 25,000 | 25,000 | 25,000 |
| TOTAL RECEIPTS | $ 35,103 | $ 32,500 | $ 73,500 | $ 81,615 | $ 87,736 | $ 88,364 | $ 88,997 |
| TOTAL FUNDS AVAILABLE FOR OPERATIONS | $ 35,103 | $ 41,445 | $ 83,002 | $ 92,466 | $ 98,992 | $ 100,749 | $ 102,850 |
| DISBURSEMENTS | | | | | | | |
| Personal expense | 15,860 | 13,000 | 22,050 | 22,036 | 23,689 | 23,858 | 24,029 |
| Professional Education | 1,720 | 1,500 | 3,075 | 3,106 | 3,137 | 3,168 | 3,200 |
| Legal & Accounting Total | - | 3,978 | 7,956 | 7,956 | 7,956 | 7,956 | 7,956 |
| General Overhead | - | 600 | 1,470 | 1,632 | 1,755 | 1,767 | 1,780 |
| Professional Services | 335 | 750 | 1,838 | 2,040 | 2,193 | 2,209 | 1,780 |
| Vehicle Expense | 984 | 1,170 | 2,940 | 2,448 | 4,387 | 4,418 | 4,450 |
| Utilities | - | 900 | 2,205 | 1,632 | 2,632 | 2,651 | 2,670 |
| Office Supplies | 323 | 450 | 1,103 | 816 | 1,316 | 1,325 | 1,335 |
| Bankruptcy Priority Payments Total | - | - | - | - | - | - | - |
| Secured Creditor Payments Total | 6,286 | 5,370 | 10,740 | 10,740 | 10,740 | 10,740 | 10,740 |
| Bankruptcy Unsecured Payments Total | - | 3,900 | 17,801 | 28,803 | 28,803 | 28,803 | 24,003 |
| U.S. Trustee Quarterly Fees | 650 | 325 | 975 | - | - | - | - |
| TOTAL CASH DISBURSEMENT | $ 26,158 | $ 31,943 | $ 72,151 | $ 81,210 | $ 86,607 | $ 86,896 | $ 81,942 |
| CASH INCREASE OR (DECREASE) | 8,945 | 557 | 1,349 | 405 | 1,129 | 1,468 | 7,055 |
| ENDING BALANCE | $ 8,945 | $ 9,502 | $ 10,851 | $ 11,256 | $ 12,385 | $ 13,853 | $ 20,909 |

# Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
## Income Statement Projections
### For Six Months Period Ended June 30, 2010
### For The Six (6) Months Projections Period Ended; December 31, 2010 to 2015
### Notes to Income Statement Projections

Mr. Efrain A. Rivera is a contractor engages in the sale of service in construction of building and houses. Mrs. Brenda L. Nieves is a realtor engage in the sale of properties.

The following assumptions were made based on the past experience of Mr. & Mrs. Rivera. Projected Income Statement show an increase o decrease as indicated below:

**Note A** Projected Income

Projected income was base on the experience of Mr. & Mrs. Rivera. On October 1, 2010 a compensation income of $5,000 monthly will be established for Mr. Rivera with an increase of a 5% (percent) for the year 2011 starting in January, and 1% increase per year for the next years. Base the experience of Mrs. Brenda Nieves a gross income of commission for the year will approximate $2,500 from July 1, 2010 to December 31, 2010. An amount of $12,000 will be expected for the year 2011 and $25,000 for the years 2012 to 2015.

**Note B** Personal living Expense

The personal living expense projection is base in the assumption as follows:

| Description: | Monthly Payments |
|---|---|
| Clothes | $ 200 |
| Medical Expense | 390 |
| School expense | 775 |
| Household | 185 |
| Food | 610 |
| Entertainments | 90 |
| Cable & internet | 117 |
| Vehicle expense | 698 |
| Telephone | 85 |
| Utilities | 360 |
| Total | $3,510 |
| Estimated Income tax | 204 |
| Social Security | 293 |
| Total | $4,007 |

**Note C** Legal & Accounting

The professional services projection is base in the assumption as follows:

| | Monthly Average Expense | Total Fee Per Year |
|---|---|---|
| Lawyer | $462.96 | $5,556 till March 2016 |
| Accountant | 200 | 2,400 |

# Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
## Income Statement Projections
### For Six Months Period Ended June 30, 2010
### For The Six (6) Months Projections Period Ended; December 31, 2010 to 2015
### Notes to Income Statement Projections

**Note D** <u>Bankruptcy Payments</u>

Details payments for Secured and Unsecured payments are as follows:

**Secure Creditors Payments:**

Citimortgage (mortgage)

A modified monthly payment of $895 till August 30, 2015, when an expected increase of the monthly payments should be establish with the Bank.

**Unsecured Payments:**

60 monthly payments for Unsecured should be as follows:

1rst payment on November 30, 2010 of $1,134
Monthly payments of $1,300.00 from December 31, 2010 till October 31, 2011.
Monthly payments of $2,400.25 from November 30, 2011 till October 31, 2015.

First Bank arrears
A payment of $1,466 on October 31, 2010

# Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves
## Income Statement Projections
### For The Six (6) Months Period Ended June 30, 2010
### For Six Months Projections Period Ended; December 31, 2010 to 2015

## Notes To Income Statement Projections

### Note E  Income & Expenses

Income and expenses are calculated as the state percentage of income, otherwise indicated, for six month period ended in December 31 for the years 2010 to 2015 as follows:

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Income growth rates |  |  |  |  |  |  |
| Professional Services | $ 30,000 | 5% | 1% | 1% | 1% | 1% |
| Join Debtors Business | 2,500 | 12,000 | 19,500 | 25,000 | 25,000 | 25,000 |

Percentage of income:

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|
| Personal expense | 40.0% | 30.0% | 27.0% | 27.0% | 27.0% | 27.0% |  |
| Professional Education | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |  |
| Legal & Accounting Total | 3,978 | 7,956 | 7,956 | 7,956 | 7,956 | 7,956 |  |
| Legal | 2,778 | 5,556 | 5,556 | 5,556 | 5,556 | 5,556 |  |
| Accounting | 1,200 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 |  |
| General Overhead | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |  |
| Professional Services | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |  |
| Vehicle Expense | 3.9% | 4.0% | 3.0% | 5.0% | 5.0% | 5.0% |  |
| Utilities | 3.0% | 3.0% | 2.0% | 3.0% | 3.0% | 3.0% |  |
| Office Supplies | 1.5% | 1.5% | 1.0% | 1.5% | 1.5% | 1.5% |  |
| Bankruptcy Priority Payments Total | - | - | - | - | - | - |  |
| Secured Creditor Payments Total | 5,370 | 10,740 | 10,740 | 10,740 | 10,740 | 10,740 | 59,070 |
| Citmortgage | 5,370 | 10,740 | 10,740 | 10,740 | 10,740 | 10,740 |  |
| Bankruptcy Unsecured Payments Total | 3,900 | 17,801 | 28,803 | 28,803 | 28,803 | 24,003 | 130,646 |
| Unsecured Claims | 2,434 | 17,801 | 28,803 | 28,803 | 28,803 | 24,003 |  |
| First Bank Lease Arrears | 1,466 | - | - | - | - | - | 1,466 |
| U.S. Trustee Quarterly Fees | 325 | 975 |  |  |  |  |  |
| Month of Payments Unsecured | 2 | 12 | 12 | 12 | 12 | 10 |  |
| Total Month |  |  |  |  |  | 60 |  |