# EXHIBIT D

In Re: Efrain Rivera & Brenda Nieves, 09-09654 (ESL)
Creditors

| | RECONCILED | SCHEDULED | POC FILED | POC # | DESCRIPTION |
|---|---:|---:|---:|---:|---|
| **Secured Classes - 1 and 2** | | | | | |
| Mortgage to RG Premier | 931,975.09 | | 931,975.09 | 12 | MORTGAGE LOAN |
| Mortgage to Citimortgage | 635,541.74 | | 635,541.74 | 17 | HOME MORTGAGE LOAN |
| | $ 1,567,516.83 | | $ 1,567,516.83 | | |
| | | | | | |
| **Trustee Fees and Administrative Expenses** | | | | | |
| Trustee Fees | 500.00 | | | | |
| Accountant | 5,000.00 | | | | |
| Attorney | 20,000.00 | | | | |
| | $ 25,500.00 | | | | |
| | | | | | |
| **Unsecured Class - 3** | | | | | |
| Eurobank | 1,482,929.71 | | 1,482,929.71 | 20 | CONSTRUCTION LOAN DESARR. |
| Eurobank | 967,184.79 | | 967,184.79 | 28 | CONSTRUCTION LOAN DESARR. |
| | $ 2,450,114.50 | | $ 2,450,114.50 | | |
| | | | | | |
| **General Unsecured Class - 4** | | | | | |
| PR Acquisitions | 4,717.40 | | 4,717.40 | 1 | CHRYSLER AUTO DEFICIENCY |
| BBVA | 12,195.74 | | 12,195.74 | 2 | 0158 VISA - CREDIT CARD |
| BBVA | 2,341.52 | | 2,341.52 | 3 | 4231 VISA - CREDIT CARD |
| Macys | 441.41 | | 441.41 | 5 | MACYS CREDIT CARD |
| Gregorio Zayas | 450,000.00 | | 450,000.00 | 6 | Judgment KCD 2007-0293 |
| American Express | 4,581.94 | | 4,581.94 | 8 | 1001 - CREDIT CARD |
| Pablo Baez | 190,000.00 | | 190,000.00 | 9 | MONEY LOANED TO DESARROLLADORA |
| RG Premier | 36,695.69 | | 36,695.69 | 13 | MONEY LOANED ACCT 2133 |
| Citifinancial | 5,127.13 | | 5,127.13 | 14 | MONEY LOANED ACCT 1919 |
| BBVA | 31,765.77 | | 31,765.77 | 15 | 2004 LEXUS GX470 / GEB DEVEL. |
| Eurobank | 105,117.14 | | 105,117.14 | 18 | COMM. LOAN 1440 DESARRO. |
| Eurobank | 450,393.57 | | 450,393.57 | 19 | COMM. LOAN 1459 DESARRO. |
| Municipio de Carolina | 893.87 | | 893.87 | 21 | Judgment XCM2009-0872 |
| Recovery Management for GE Money | 426.45 | | 426.45 | 22 | GAP CARD |
| Recovery Management for GE Money | 99.53 | | 99.53 | 23 | JC PENNEY CARD |
| GE Money | 3,667.12 | | 3,667.12 | 24 | SAMS CLUB |
| Eurobank | 9,035.58 | | 9,035.58 | 25 | 8963 VISA - CREDIT CARD |
| Eurobank | 19,398.95 | | 19,398.95 | 27 | MONEY LOANED ACCT 8423 |
| First Bank | 13,511.25 | | 13,511.25 | 29 | 2005 FORD 150 - GW CONSTRUC. |
| First Bank | 40,496.82 | | 40,496.82 | 30 | 2007 VOLKSWAGEN BEETLE |
| First Bank | 22,722.27 | | 22,722.27 | 31 | 2008 Ford E-250 / GW CONSTRUC. |
| Newport Bonding | 629,703.52 | | 629,703.52 | 32 | Performance Bond GEB Dev. |
| Departamento del Trabajo | 500.00 | 500.00 | | n/a | Employee Claim |
| Banco Popular | 42,000.00 | 42,000.00 | | n/a | Line of Credit / Desarrolladora |
| Banco Popular | 42,000.00 | 50,000.00 | | n/a | Comm. Loan / Desarrolladora |
| Direct TV | 182.26 | 182.26 | | n/a | Utilities |
| Doral Bank | 24,241.07 | 24,241.07 | | n/a | Overdraft / GEB Develop. |
| Easy Rental Equipment | 58,411.25 | 58,411.25 | | n/a | Equipment Rental / GEB Devel. |
| Ecologica Carmelo | 11,977.30 | 11,977.30 | | n/a | Supplies / GEB Develop. |
| Esco Equipment Rental | 75,000.00 | 75,000.00 | | n/a | Equipment Rental / GEB Devel. |
| Fast Steel | 6,291.93 | 6,291.93 | | n/a | Supplies / GEB Develop. |
| PRTC | 403.14 | 403.14 | | n/a | Utilities |
| Sears | 1,749.00 | 1,749.00 | | n/a | Credit Card |
| Triple S | 1,446.45 | 1,446.45 | | n/a | Insurance |
| Erluca | 3,198,351.00 | 3,198,351.00 | | n/a | Disputed / Contingent Claim |
| Carlos Gonzalez/ Enrique Santiago / Nitza Barreto | 1,750,000.00 | 1,750,000.00 | | n/a | Disputed / Contingent Claim |
| Malu Muniz, Esq. | 7,541.49 | 7,541.49 | | n/a | Legal Services |
| | $ 7,253,427.56 | $5,228,094.89 | $2,033,332.67 | | |
| | | | | | |
| **Unsecured Class - 5** | | | | | |
| First Bank Arrears - POC 4 | 1,465.80 | | 1,465.80 | 4 | LEASING JEEP COMANDER |
| | $1,465.80 | | $1,465.80 | | |