**EXHIBIT E**



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
#46 Malva St.
Ext. Santa Maria Dev.
Río Piedras, PR 00927

**FOR:**
Mr. Efrain Rivera
#46 Malva St. Ext. Santa Maria Dev.
Rio Piedras PR

**AS OF:**
May 13, 2010

**BY:**
Ismael Isern Suarez
Reparto Metropolitano Dev.
#968 42 nd SE Street
San Juan, PR 00921-2701

Form GA1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## FIRREA / USPAP ADDENDUM

| | | | |
|---|---|---|---|
| Borrower/Client | Mr. Efrain Rivera Soler | | File No. JAO20100506 |
| Property Address | #46 Malva St. Ext. Santa Maria Dev. | | |
| City Rio Piedras | County 127 | State PR | Zip Code 00927 |
| Lender | Mr. Efrain Rivera | | |

### Purpose
The purpose of this appraisal is to provide an opinion of market value of the subject property as defined in this report for the reference client (Mr. Efrain Rivera) as the intended user of the report. The only function is to assist the client in evaluating th subject property for personal knowledge of the client. The use of this appraisal by anyone other than the stated intended user, is prohibited.

### Scope of Work
The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparables sales, listings, and/or rentals within the subject market area. The data and sources are considered reliable. The Sales Comparison Approach were developed. Reconciliation of the value was based on the Sales Comparison Approach.

### Intended Use / Intended User
Intended Use: Intended Use: The intended use of the report is for a refinance transaction, that will help evaluate the client for lending purposes.

Intended User(s): The intended user is for Mr. Efrain Rivera.

### History of Property
Current listing information: N/A

Prior sale: The subject property has no prior sale during the last 3 years.

### Exposure Time / Marketing Time
N/A

### Personal (non-realty) Transfers
None

### Additional Comments
Sales Comparison Analysis - Adjustments were made in order to account for site area, gross living area, carports and some other improvements. The comparable sale #3 is from the same development and the comparable sales #1 & #2 are from another projects, close to the subject with the same characteristics socio-economics. The property is located at Ext. Santa Maria Development, a urban area of Rio Piedras Municipality.

### Certification Supplement
1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | | | |
|---|---|---|---|
| Appraiser: Ismael Isern Suarez | | Supervisory Appraiser: | |
| Signed Date: June 9, 2010 | | Signed Date: | |
| Certification or License #: 156 | | Certification or License #: | |
| Certification or License State: | Expires: | Certification or License State: | Expires: |
| Effective Date of Appraisal: May 13, 2010 | | Inspection of Subject: ☐ Did Not ☐ Exterior Only ☐ Interior and Exterior |

Form FUA LG — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Summary Appraisal Report — Uniform Residential Appraisal Report  File # JAO20100506

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT
- Property Address: #46 Malva St. Ext. Santa Maria Dev.  City: Rio Piedras  State: PR  Zip Code: 00927
- Borrower: Mr. Efrain Rivera Soler  Owner of Public Record: Mr. Efrain Rivera Soler  County: 127
- Legal Description: Pleases, refer to deed.
- Assessor's Parcel #: N/A  Tax Year: 2008  R.E. Taxes $: 0.00
- Neighborhood Name: Ext. Santa Maria Development  Map Reference: 077-002  Census Tract: 98
- Occupant: ☒ Owner ☐ Tenant ☐ Vacant  Special Assessments $: 0.00  ☐ PUD  HOA $: N/A ☐ per year ☐ per month
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Other
- Assignment Type: ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Market Value
- Lender/Client: Mr. Efrain Rivera  Address: #46 Malva St. Ext. Santa Maria Dev., Rio Piedras PR
- Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
- Report data source(s) used, offering price(s), and date(s).

## CONTRACT
I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

- Contract Price $: N/A  Date of Contract: N/A  Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
- Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
- If Yes, report the total dollar amount and describe the items to be paid. N/A

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|
| Location: ☒ Urban ☐ Suburban ☐ Rural | Property Values: ☐ Increasing ☐ Stable ☒ Declining | PRICE | AGE | One-Unit | 95 % |
| Built-Up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | % |
| Growth: ☐ Rapid ☒ Stable ☐ Slow | Marketing Time: ☐ Under 3 mths ☐ 3-6 mths ☒ Over 6 mths | 600 Low | 25 | Multi-Family | % |
| Neighborhood Boundaries: A high income residential development located at Rio Piedras Area. It enjoys good access and all the amenities of an urban area. | | 1,000 High | 35 | Commercial | 5 % |
| | | 800 Pred. | 35 | Other | % |

Neighborhood Description: At the inspection date, no apparent adverse factors were observed that could negatively affect the marketability of the property in the neighborhood. Facilities such as medical clinics, private and public hospitals, schools, universities, commercial and industrial are readily available.

Market Conditions (including support for the above conclusions): As of the effective date of this appraisal report, the Puerto Rico Real Estate Market has no special financing, loan discounts, interest buydowns or abnormal concessions. Normal market conditions prevail for the subject property and comparable sales.

## SITE
- Dimensions: Please refer to deed  Area: 1,076.58 s.m.  Shape: Rectangular / Typical  View: Typical / Average
- Specific Zoning Classification: Residential  Zoning Description:
- Zoning Compliance: ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal
- Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | | | Sanitary Sewer | ☒ | | Alley None | | |

- FEMA Special Flood Hazard Area: ☐ Yes ☒ No  FEMA Flood Zone: Zone "X"  FEMA Map #: 72000C0730 H  FEMA Map Date: 04/19/2005
- Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No
- Are there any adverse site conditions or external factors? ☐ Yes ☒ No
- No easements or encroachments that might affect marketability were observed at inspection date. The property is not in a floodable area.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|
| Units: ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls | R. Concrete/Good | Floors | Marble/Good |
| # of Stories: One (1) | ☐ Full Basement ☐ Partial Basement | Exterior Walls | R. Concrete/Good | Walls | R. Concrete / Good |
| Type: ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area: None sq.ft. | Roof Surface | R.C.oncrete/Good | Trim/Finish | Marble/Good |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish: % | Gutters & Downspouts | Adequate | Bath Floor | Cerai/Marble/Good |
| Design (Style): Rambler | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type | Security Windows | Bath Wainscot | Ceram/Marbl/Good |
| Year Built: 1968 | Evidence of ☐ Infestation: No | Storm Sash/Insulated | None | Car Storage | ☐ None |
| Effective Age (Yrs): 3 | ☐ Dampness ☒ Settlement | Screens | No/Yes | ☒ Driveway | # of Cars |
| Attic: ☒ None | Heating: ☐ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | | Driveway Surface | R. Concrete |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel: N/A | ☐ Fireplace(s) # ☒ Fence | | ☐ Garage | # of Cars |
| ☐ Floor ☐ Scuttle | Cooling: ☐ Central Air Conditioning | ☒ Patio/Deck ☒ Porch | | ☒ Carport | # of Cars X-CPT |
| ☐ Finished ☐ Heated | ☒ Individual W/U ☐ Other | ☐ Pool ☒ Other Terrace | | ☒ Att. ☐ Det. ☐ Built-in |

Appliances: ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 9 Rooms  5 Bedrooms  2.5 Bath(s)  3,613 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.): Porch, shutters, 2 cistern, concrete fences, whirpool, 1 A/C Unit of 5 tons and 1 of 3 Tons, 3 split units of 12,000 BTU, 3 of 18,000 BTU and 1 of 8,000 BTU, generator of 30 kilos, rf treatment, terrace, bath, storage, paved areas and iron grills.

Describe the condition of the property: There are no apparent functional or external inadequencies. The quality of construction and the improvements are typical for the area. Physical depreciation due to normal wear and tear.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No

# Uniform Residential Appraisal Report

File # JAO20100506

There are 20 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 800,000 to $ 1,300,000.
There are 12 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 600,000 to $ 1,000,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | #46 Malva St. Ext. Santa Maria Dev Rio Piedras, PR 00927 | #P-4 Gardenia St. San Francisco Dev., Rio Piedras | | #1690 Gardenia St. San Francisco Dev., Rio Piedras | | #1913 Platanillo St. Santa Maria Dev., Rio Piedras | |
| Proximity to Subject | | +/- .05 miles north east | | +/- .05 miles north east | | Same Development | |
| Sale Price | $ N/A | $ | 925,000 | $ | 875,000 | $ | 875,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 268.04 sq.ft. | | $ 343.00 sq.ft. | | $ 323.95 sq.ft. | |
| Data Source(s) | | Luis Abreu, Tasamax, Easy Res. | | Luis Abreu, Tasamax, Easy Res. | | Luis Abreu, Tasamax, Easy Res. | |
| Verification Source(s) | | Sales Data System | | Sales Data System | | Sales Data System | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | All cash eq. transactions | | All cash eq. transactions | | All cash eq. transactions | |
| Date of Sale/Time | | 07/2009 | | 10/09 | | 02/10 | |
| Location | Urban | Similar | | Similar | | Similar | |
| Leasehold/Fee Simple | Fee Simple | Similar | | Similar | | Similar | |
| Site | 1,076.58 s.m. | 1,301 s.m. | -16,800 | 1,362 s.m. | -21,400 | 786.07 s.m. | +21,800 |
| View | Typical / Avg. | Similar | | Similar | | Similar | |
| Design (Style) | Rambler | Similar | | Similar | | Similar | |
| Quality of Construction | Good | Similar | | Similar | | Similar | |
| Actual Age | 40 | 40 | | 45 | | 30 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 9 / Bdrms 5 / Baths 2.5 | Total 10 / Bdrms 4 / Baths 4.5 | | Total 8 / Bdrms 5 / Baths 3 | | Total 8 / Bdrms 4 / Baths 2.5 | |
| Gross Living Area | 3,613 sq.ft. | 3,451 sq.ft. | +15,400 | 2,551 sq.ft. | +100,900 | 2,701 sq.ft. | +86,600 |
| Basement & Finished Rooms Below Grade | None | Similar | | Similar | | Similar | |
| Functional Utility | Average | Similar | | Similar | | Similar | |
| Heating/Cooling | No/Yes(A/CUnit | Similar | | Similar | | Similar | |
| Energy Efficient Items | Adequate | Similar | | Similar | | Similar | |
| Garage/Carport | Ext Carport | 2 CPTS | | 2 CPTS | | 2 CPTS | |
| Porch/Patio/Deck | Average | Similar | | Similar | | Similar | |
| Swimming Pool | None | Sup. (SWP) | -20,000 | Sup. (SWP) | -20,000 | Sup. (SWP) | -20,000 |
| Add Improvements | Ter/Bath/Sto/Ge | (Terrace) | | (Terrace) | | (Sto/OTer/Maid) | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -21,400 | ☒ + ☐ - | $ 59,500 | ☒ + ☐ - | $ 88,400 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.3% Gross Adj. 5.6% | $ 903,600 | Net Adj. 6.8% Gross Adj. 16.3% | $ 934,500 | Net Adj. 10.1% Gross Adj. 14.7% | $ 963,400 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain    The subject property has no tranfer for rthe last three years.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sale or title transfer | No prior sale | No prior sale | No prior sale |
| Price of Prior Sale/Transfer | in the last years. | in the last years | in the last years | in the last years |
| Data Source(s) | Deed / Client | Luis Abreu / TasaMax | Luis Abreu / TasaMax | Luis Abreu / TasaMax |
| Effective Date of Data Source(s) | May 13, 2010 | May 13, 2010 | May 13, 2010 | May 13, 2010 |

Analysis of prior sale or transfer history of the subject property and comparable sales    No prior sale for the subject and the comparable sales within a three year and one year respectively.

Summary of Sales Comparison Approach    ales Comparison Analysis - Adjustments were made in order to account for site area, gross living area, carports and some other improvements. The comparable sale #3 is from the same development and the comparable sales #1 & #2 are from another projects, close to the subject with the same characteristics socio-economics. Site value was estimated by using comparable sales. Site value estimated @ $400.00 s.m. for for the first 786.07 s.m. and @ $75.00 s.m. for the excess land. Livable area were adjusted as a depreciated cost of $95.00 per square feet. All adjustments rounded to nearest hundred.

Indicated Value by Sales Comparison Approach $ 904,000
Indicated Value by: Sales Comparison Approach $ 904,000    Cost Approach (if developed) $ 899,080    Income Approach (If developed) $
The most weight was given to the value estimate derived by the Sales Comparison Approach which is the best indicator of value for this type of property. The comparable sale # 1 is the most recent & similar in all comparability factors which is the best indicator of value for this type of property.
This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: See attached statement of Limiting Conditions and Appraisal Certification. (Contingent and Limiting Conditions Section).
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 904,000 , as of May 13, 2010 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005    Page 2 of 6    Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # JAO20100506

**Appraisal Scope:**

According to the Uniform Standards of Professional Appraisal Practice, it is the appraiser's responsibility to develop and report a scope of work that results in credible results that are appropriate for the appraisal problem and intended user(s). Therefore, the appraiser must identify and consider:

1. The client and intended users;
2. The intended use of the report;
3. The type and definition of value;
4. The effective date of value;
5. Assignment conditions;
6. Typical client expectations; and
7. Typical appraisal work by peers for similar assignments.

This appraisal is prepared for Mr. Efrain Rivera. The intended use is to establish market value for internal decisions. This appraisal is intended for the use of the client only. The subject was identified by the legal description and the assessors' parcel number, when is available.

The measurements are confirmed for accuracy. Land size is based on surveys (when available), and public records. Land measuremnets are not performed. The site area of subject was taken from legal description furnished by the client and it is assumed to be correct. Any changes will render the value conclusion null or void.

Market Value: As defined by the Office of the Comptroller of Currency (OCC) under 12 CFR, Part 34, Subpart C-Appraisals, 34.42 Definitions, the Board of Governors of the Federal Reserve System (FRS) and the Federal Deposit Insurance Corporation in compliance with Title XI of FIRREA, as well as by the Uniform Standards of Appraisal Practice as promulgated by the Appraisal Foundation, is as follows.

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are will informed or well advised, and acting in what they consider their own best interest;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Site value was estimated by using comparable sales. Site value estimated @ $400.00 s.m. for for the first 786.07 s.m. and @ $75.00 s.m. for the excess land.

ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ........ =$ 336,216
Source of cost data | DWELLING  3,613 Sq.Ft. @ $ 100.00  =$ 361,300
Quality rating from cost service    Effective date of cost data | Sq.Ft. @ $  =$
Comments on Cost Approach (gross living area calculations, depreciation, etc.) | See additional futures...  =$ 150,000
Site value was based on the review of recent land sale and site to total | Garage/Carport  902 Sq.Ft. @ $ 55.00  =$ 49,610
value ratios. Cost development from appraisers file and cost data. | Total Estimate of Cost-New  =$ 560,910
Physical depreciation based on age / life method. Estimate total | Less    Physical    Functional    External
economic life in 60 years. | Depreciation  28,046  =$( 28,046)
 | Depreciated Cost of Improvements  =$ 532,864
 | "As-is" Value of Site Improvements  =$ 30,000

Estimated Remaining Economic Life (HUD and VA only)   57 Years   INDICATED VALUE BY COST APPROACH  =$ 899,080

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $   N/A   X Gross Rent Multiplier   N/A   = $   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No   Unit type(s) ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases       Total number of units   N/A   Total number of units sold
Total number of units rented    Total number of units for sale   N/A   Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.  N/A

Freddie Mac Form 70 March 2005                 Page 3 of 6                 Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report
File # JAO20100506

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Uniform Residential Appraisal Report File # JAO20100506

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # JAO20100506

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Ismael Isern Suarez | Name |
| Company Name Isern & Associates | Company Name |
| Company Address #968 42 SE St. Reparto Metropolitano Dev. San Juan PR 00921-2701 | Company Address |
| Telephone Number 1-787-765-2110 | Telephone Number |
| Email Address info@isernpr.com | Email Address |
| Date of Signature and Report June 9, 2010 | Date of Signature |
| Effective Date of Appraisal May 13, 2010. | State Certification # |
| State Certification # 156 | or State License # |
| or State License # | State |
| or Other (describe) State # | Expiration Date of Certification or License |
| State | |
| Expiration Date of Certification or License | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED
#46 Malva St. Ext. Santa Maria Dev.
Rio Piedras, PR 00927
APPRAISED VALUE OF SUBJECT PROPERTY $ 904,000
LENDER/CLIENT
Name
Company Name Mr.Efrain Rivera
Company Address #46 Malva St. Ext. Santa Maria Dev., Rio Piedras PR
Email Address

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

## Subject Photos

| Borrower/Client | Mr.Efrain Rivera Soler | | | | |
|---|---|---|---|---|---|
| Property Address | #46 Malva St. Ext. Santa Maria Dev. | | | | |
| City | Rio Piedras | County | 127 | State PR | Zip Code 00927 |
| Lender | Mr.Efrain Rivera | | | | |



**Subject Front**
#46 Malva St. Ext. Santa Maria Dev.



**Subject Rear**



**Subject Street**

Form PICPIX.TR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



## Subject Photo Page

| Borrower/Client | Mr. Efrain Rivera Soler | | | |
|---|---|---|---|---|
| Property Address | #46 Malva St. Ext. Santa Maria Dev. | | | |
| City | Rio Piedras | County 127 | State PR | Zip Code 00927 |
| Lender | Mr. Efrain Rivera | | | |



### Subject Lateral View
#46 Malva St. Ext. Santa Maria Dev.
Sales Price           N/A
Gross Living Area     3,613
Total Rooms           9
Total Bedrooms        5
Total Bathrooms       2.5
Location              Urban
View                  Typical / Avg.
Site                  1,076.58 s.m.
Quality               Good
Age                   40



### Another Subject Rear View



### Another Subject Lateral View

Form PICPIX.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Interior Photo Page

| Borrower/Client | Mr. Efrain Rivera Soler | | | | |
|---|---|---|---|---|---|
| Property Address | #46 Malva St. Ext. Santa Maria Dev. | | | | |
| City | Rio Piedras | County | 127 | State PR | Zip Code 00927 |
| Lender | Mr. Efrain Rivera | | | | |



**Subject Interior**

#46 Malva St. Ext. Santa Maria Dev.
Sales Price         N/A
Gross Living Area   3,613
Total Rooms         9
Total Bedrooms      5
Total Bathrooms     2.5
Location            Urban
View                Typical / Avg.
Site                1,076.58 s.m.
Quality             Good
Age                 40



**Subject Interior**




**Subject Interior**

Subject Interior Photo Page

| Borrower/Client | Mr.Efrain Rivera Soler | | | |
|---|---|---|---|---|
| Property Address | #46 Malva St. Ext. Santa Maria Dev. | | | |
| City | Rio Piedras | County 127 | State PR | Zip Code 00927 |
| Lender | Mr.Efrain Rivera | | | |



### Subject Interior

#46 Malva St. Ext. Santa Maria Dev.
Sales Price            N/A
Gross Living Area      3,613
Total Rooms            9
Total Bedrooms         5
Total Bathrooms        2.5
Location               Urban
View                   Typical / Avg.
Site                   1,076.58 s.m.
Quality                Good
Age                    40



### Subject Interior



# Building Sketch

| Borrower/Client | Mr. Efrain Rivera Soler | | | | |
|---|---|---|---|---|---|
| Property Address | #46 Malva St. Ext. Santa Maria Dev. | | | | |
| City | Rio Piedras | County 127 | | State PR | Zip Code 00927 |
| Lender | Mr. Efrain Rivera | | | | |



## Location Map

| Borrower/Client | Mr.Efrain Rivera Soler | | | | |
|---|---|---|---|---|---|
| Property Address | #46 Malva St. Ext. Santa Maria Dev. | | | | |
| City | Rio Piedras | County | 127 | State PR | Zip Code 00927 |
| Lender | Mr.Efrain Rivera | | | | |



Form MAP.Deed — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE