

**EXHIBIT F**

## RESTRICTED USE APPRAISAL REPORT
## OF A RESIDENTIAL VACANT LAND LOCATED
## AT END OF 25 DE ENERO STREET
## SEGUNDO WARD, PONCE  PUERTO RICO



SUBJECT

SUBMITTED TO:

MR. EFRAIN RIVERA
PO BOX 363842
SAN JUAN, PR 00936

PREPARED BY:

ISMAEL ISERN SUAREZ
CIVIL ENGINEER LIC. #12209
REAL ESTATE APPRAISER LIC. #684
CERTIFIED APPRAISER #156

Física:  Ave. Américo Miranda #968, Urb. Reparto Metropolitano, Río Piedras
Postal:  Urb. Reparto Metropolitano, 968 Calle 42 SE, San Juan, Puerto Rico 00921-2701
Tel. (787) 765-2110   ·   Fax. (787) 765-2132



June 9, 2010

Mr. Efrain Rivera
PO Box 363842
San Juan, PR 00936

RE:  Restricted Use Report

Dear Mister Rivera:

Pursuant to your request we have prepared a Restricted Use Appraisal Report of a vacant residential tract of land located at the end of 25 de Enero Street in the town of Ponce, Puerto Rico. The property has an approval for 224 residential condominium units for the proposed Estancias del Señorial development. On April 7, 2008 the subject property was appraised by our company. In that report the proposed development contemplate 200 units and the Value to a single purchaser was estimated in $20,000,000 and the Gross sellout value in $21,800,000.

This new restricted use report will update the 2008 report to include the new approval of 224 units and the new selling prices of 25% at $143,000 and the remaining 75% at $125,000 per unit. Due to the high demand of social interest units in the area and the supply and demand hasn't change since the previous report we will only review the sales comparison approach to estimate the current value of the project with the new approval and prices.

The intended use of the report is for a Bankruptcy Case being the subject property one of the assets.

The following is a summary of the salient facts of the property:

Owner of record    :    Desarrolladora Internacional, Corp.

Location           :    End of 25 de Enero Street, Segundo Ward
                        Ponce, P.R.

Tax code           :    389-031-774-14-901

Lot size           :    24,540 s.m. equivalent to 6.244 "cuerdas"

Física:  Ave. Américo Miranda #968, Urb. Reparto Metropolitano, Río Piedras
Postal:  Urb. Reparto Metropolitano, 968 Calle 42 SE, San Juan, Puerto Rico 00921-2701
Tel. (787) 765-2110   ·   Fax. (787) 765-2132

| | | |
|---|---|---|
| Zoning | : | EH-1 (Horizontal Edification in Urban Soil) |
| Actual Use | : | Vacant, abandoned structures to be demolished. |
| Highest & Best Use: | | High density residential (Social Interest) |
| Topography | : | Rolling Hill with three level platforms. |
| Access | : | Adequate to 25 de enero street. |
| Frontage | : | Adequate to 25 de enero Street. |
| Configuration | : | Trapezoidal. |
| Flood rating | : | Zone "X" Not Floodable. |
| Development | : | The proposed development as per approved permit 10AL7-00000-00678 is 224 condominium units divided into five building of six levels each. |

The scope of work consisted of a personal inspection of the property and the search of similar comparable factors in the immediate comparative neighborhood to develop a sales comparison approach. The property was appraised by us on April 7, 2008 and the information for the property description is based on that report.

For the purpose of this preliminary study, the term "market value" was defined as:

"The most probable price in terms of money which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price if not affected by undue stimulus".

Implicit in these definitions are the consummation of a sale as of specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typical motivated.
2. Both parties are well informed or well advised, and each acting in what he considers his own best interest.
3. A reasonable time is allowed for exposure in the open market.
4. Payment is made in cash or its equivalent.
5. Financing, if any, is on terms generally available in the community at the specified date on typical for the property type in its locale.

2

6.  The price represents a normal consideration for the property sold unaffected by special financing amounts and or term, services, fees, cost or credits incurred in the transaction.

In accordance with your request we are reporting an opinion of value via this report letter.  This Restricted use report has limited information therefore it may not be understood properly without the additional information in the appraiser's workfile and the previous 2008 report. The intended user is restricted to the client Mr. Efrain Rivera and may not be used by another party without the written consent of the appraiser.

**As a result of our study, we are of the opinion that as of June 9, 2010 the:**

**MARKET VALUE "AS IS" ........$1,800,000.00**

**(224 UNITS @ $8,000.00 PER UNIT)**

**GROSS SELLOUT VALUE "AS FINISHED" ......$29,000,000.00**

**(56 UNITS @ $143,000 AND 168 UNITS @ $125,000)**

**MARKET VALUE TO A SINGLE PURCHASER "AS FINISHED".......$23,200,000.00**

**(GROSS SELLOUT VALUE LESS 20% PROFIT & EXPENSES)**

Thank you, for allowing us to be of service in this matter.  If we may be or further assistance or if you have any questions, please do not hesitate to call at your earliest convenience.

Respectfully submitted,

Ismael Isern Suárez
Civil Engineer Lic. #12,209
Real Estate Appraiser Lic. #684
Certified Appraiser #156

IIS/iis

2

## CERTIFICATION

I hereby certify that I or any member of Isern & Associates have personally inspected the subject property; that I or we have no present or contemplated future interest in the real estate that is the subject of this appraisal report; that I or we have no personal interest or bias with respect to the subject matter of this appraisal report or the parties involved; that the amount of my lore fee is not contingent upon reporting a predetermined value or upon the amount of the value estimate; that this appraisal report sets forth all of the assumptions and limiting conditions (imposed by the opinions and conclusions contained in this report; that this appraisal report has been made in conformity with and is subject to the requirements of the Code of Ethics and Standards of Professional Practice and Conduct of the Puerto Rico Institute of Valuation and/or the Appraisal Institute and that no one other than the undersigned and the members of Isern & Associates prepared the analyses, conclusions and opinions concerning real estate that are set forth in this appraisal report.

It is my opinion that the market value, as defined herein, of this property as of the 9th day of june of 2010 was:

**MARKET VALUE "AS IS" ........$1,800,000.00**
**(224 UNITS @ $8,000.00 PER UNIT)**

**GROSS SELLOUT VALUE "AS FINISHED" ......$29,000,000.00**
**(56 UNITS @ $143,000 AND 168 UNITS @ $125,000)**

**MARKET VALUE TO A SINGLE PURCHASER "AS**
**FINISHED"........$23,200,000.00**
**(GROSS SELLOUT VALUE LESS 20% PROFIT & EXPENSES)**

ISMAEL ISERN SUAREZ
Civil Engineer Lic. #12209
Real Estate Appraiser Lic. #684
Certified Appraiser #156

3

# EXHIBITS

4

# ENGINEER ISMAEL ISERN SUAREZ
## CURRICULUM VITAE

ADDRESS:

Urb. Reparto Metropolitano
968 42nd SE Street
San Juan, PR  00921-2701

TELEPHONE:

(787) 765-2110 (office)
(787) 765-2132 (fax)

BIRTH DATE:

May 15, 1967

MARITAL STATUS:

Married, 2 child

EDUCATION:

May 1991: Bachelor of Science in Civil Engineer, School of Engineering at
Mayaguez Campus, University of Puerto Rico.

LICENSES:

Civil Engineer License No. 12209
Professional Appraiser License No. 684 of the Commonwealth of Puerto Rico.
Certified Real Estate Appraiser License No.156

PROFFESIONAL ASSOCIATIONS:

Member of the College of Engineers and Land Surveyors of Puerto Rico
(CIAPR).
Member of the American Society of Civil Engineers (ASCE).
Member #435441 of the Appraisal Institute

ISMAEL ISERN SUAREZ
CURRICULUM VITAE
PAGE –2-

REAL ESTATE APPRAISAL COURSES:

1. Income Producing Properties, Puerto Rico Real Estate Appraiser Institute, August, 1993.

2. Expropriation and Valuation of Real Estate. The courses offered by the Puerto Rico Real Estate Appraisers Institute., August, 1994.

3. Course in Real Estate Appraisal, Puerto Rico Real Appraiser Institute, August, 1994

4. Feasibility Analysis and Highest and Best Use - Non Residential Properties, Dr. William Kinnard, Appraisal Institute, November, 1994.

5. Dynamics of Office Building Valuation – Seminar offered by the Puerto Rico Real Estate Appraisers Institute, December 12, 1995.

6. Environmental Risk and The Real Estate Appraiser Process – Seminar offered by the Puerto Rico Real Estate Appraisers Institute, September 5, 1997.

7. Alternative Residential Reporting Forms. The courses offered by the Puerto Rico Real Estate Appraisers Institute, September 27, 1997.

8. ME201: Introduction to Machinery & Equipment Valuation, November 13 – 16, 1997, Orlando, Florida, American Society of Appraisers.

9. Course II530 – Advanced Sales Comparison and Cost Approaches – December 4-13, 1997, Interamerican University of Puerto Rico, Río Piedras Campus.

10. ME202: Machinery & Equipment Valuation Methodology, February 5-8, 1998, Orlando Florida, American Society of Appraisers.

11. Machinery & Equipment Valuation – Advanced Topics and Case Studies, April 30 to May 3, 1998, Tyson's Corner, Virginia, American Society of Appraisers.

12. ME204: Machinery & Equipment Valuations – Advanced Topics and Report Writing, July 30 to August 2, 1998 Tyson's Corner, Virginia, American Society of Appraisers.

ISMAEL ISERN SUAREZ
CURRICULUM VITAE
PAGE –3-

13. Appraisal Institute's Course I410 – Standard of Professional Practice, Part A (USPAP) at Caribe Hilton Hotel in San Juan, Puerto Rico on October 18-19, 1998.

14. Appraisal Institute's Course II420 – Standards of Professional Practice, Part B at Caribe Hilton Hotel in San Juan, Puerto Rico on September 26-27, 1998.

15. Appraisal Institute's Course II540 – Report Writing and Valuation Analysis at Unión Plaza Building in San Juan, Puerto Rico on 5/13/01 to 5/19/01

16. Instituto de Valuadores de Puerto Rico – "Requerimientos Mínimos de USPAP en Informes de Tasación" in Colegio de Ingenieros y Agrimensores de PR on May 4, 2001.

17. Instituto de Evaluadores de PR Forum – "Valoración de Servidumbres de Conservación bajo la Ley 183" at Fideicomiso de Conservación, San Juan, Puerto Rico on June 12, 2002

18. Appraisal Institute Puerto Rico & Caribbean Chapter - First Real Estate Market Trend Symposium on March 14, 2002

19. Appraisal Institute's Seminar – Valuation of Hotels in Puerto Rico at Colegio de Abogados in San Juan, Puerto Rico on August 20, 2004.

20. Appraisal Institute – Online 7 hours National USPAP Equivalent Course, in Chicago, IL on February 23, 2006.

21. Puerto Rico and Caribbean Chapter of the Appraisal Institute – "Leyes y Reglamentos que Rigen la Profesión del Tasador en Puerto Rico" in San Juan, Puerto Rico on March 27 to 31, 2007

22. Instituto de Evaluadores de PR – "Requerimiento Uniforme para Recertificar Crédito por Comparecencia a Seminarios y Simposios" in Colegio de Agrónomos of Puerto Rico on May 16, 2008.

23. Instituto de Evaluadores de PR – "Nuevos Requisitos para la Federal, Residencial y General de los Tasadores", in the Agronomist College of Puerto Rico on May 16, 2008.

24. Puerto Rico and Caribbean Chapter of the Appraisal Institute – Mortgage Fraud in San Juan, Puerto Rico on May 18, 2007

ISMAEL ISERN SUAREZ
CURRICULUM VITAE
PAGE –4-

25. CIAPR – "Introducción a la Gerencia de Proyectos" on June 3, 2008.

26. CIAPR – "Inspección de Puentes" on June 10, 2008.

27. CIAPR – "Introducción al Sistema LEED" in Natural Resources Building on June 12, 2008.

28. Instituto de Evaluadores de PR – "Tasación de Fincas Agrícolas", in the CIAPR on June 13, 2008.

29. CIAPR – Presentation Skills on June 17, 2008.

30. CIAPR – "Técnica de Estimados de Costos" in Bortech Institute on July 7, 2008.

31. CIAPR – "Identificación de Terreno Adecuado" in Bortech Institute on August 12, 2008

32. Inter – "The Road Less Traveled Special Purpose Properties", July 12, 2008.

33. CIAPR – Identificación de Terreno Adecuado en Bortech Institute, August 12, 2008

34. Bortech Technology Institute – "Reglamento Núm. 4 de Calificación de Puerto Rico", September 5, 2008

35. Inter – The New Residential Market Conditions Forms, February 20, 2009

36. Online – Online business practice and Ethics, November 20, 2009

PROFESSIONAL EXPERIENCE:

January 1994 to present:  Private practice as Professional Appraiser.  Duties include the following:

1. Residential property appraisal.
2. Residential condominium appraisal.
3. Industrial property appraisal.
4. Farmland appraisal.
5. Diversified commercial appraisal.

ISMAEL ISERN SUAREZ
CURRICULUM VITAE
PAGE –5-

6. Real estate property leases.
7. Industrial insurance.
8. Machinery & Equipment appraisal
9. Expert before the Superior Court of Puerto Rico; rooms of:
San Juan:
Hon. Mabel Ramos Milian
Hon. Héctor López García
Hon. Salim Chaar Padín
Hon. Oscar Dávila Suliveres
Hon. Juan Corujo Collazo
Hon. Carmen J. Ortiz Ramos
Hon. Procuradora de Asuntos de Familia
Caguas:
Hon. Bruno Cortes Trigo
Hon. Angel Díaz del Valle
Hon. Jaime Fuster Zalduondo
Hon. Pierre Vivoni
Hon. Rafael Castro Pérez
Bayamón:
Hon. Concepción del Pilar Igartúa
Hon. Jeannette Tomasini González
Hon. Misael Ramos Torres
Hon. Georgina Candal Segurola
Hon. Vivian Derieux Rodríguez
Guayama:
Hon. Juan A. Frau Escudero

January 1994 to present: Private practice as Civil Engineer -- works related to
engineering as lot development, residences design and others.

August 1991 to January 1994: CMA Architects & Engineers, (before known as
"Capacete, Martin & Assoc.) Civil Engineer, civil design area. More relevant projects:
New facilities of Safety Kleen at Manati, Puerto Rico; "Lago Regulador" at Isabela,
Puerto Rico; Authority of Water Source and others.

ARPE-15.44 (REV.)
Julio 1997

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE REGLAMENTOS Y PERMISOS
CENTRO DE SERVICIOS DE PONCE**

**22  DE ABRIL DE 2010**

*EFRAIN ANTONIO RIVERA
P/C ING. ALBERTO QUINTANA RONDÓN
PO BOX 363842
SAN JUAN P.R  00936-3842*

*REFERENCIA: 10AL7-00000-00678*

Estimado:

Cumpliendo  con lás disposiciones de la Ley Número 76 del 24 de junio de 1975, según enmendada, y para su notificación oficial, le envió copia certificada del acuerdo adoptado por la Administración de Reglamentos y Permisos de Puerto Rico en relación con el asunto de epígrafe.

Agradeceré acuse recibo de esta notificación.

Cordialmente,

*SECRETARIA*

*SRA. SONIA N. GONZALEZ MORALES
SUBSECRETARIA (O)*

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
*ADMINISTRACIÓN DE REGLAMENTOS Y PERMISOS*
*CENTRO DE SERVICIOS DE PONCE*
*PONCE, PUERTO RICO*



*RESOLUCIÓN*

**NUMERO CASO: 10AL7-00000-00678**
**ZONIFICACION: EH - 1**
**INUNDABILIDAD: No inundable**

La Corporación Desarrolladora del Caribe, por conducto del **ingeniero Alberto Quintana Rondón,** ha sometido a la consideración de la Oficina de Ponce de la Administración de Reglamentos y Permisos, un anteproyecto alterno relacionado con la construcción del complejo residencial conocido como Estancias del Señorial, localizado en la calle 25 de enero Final del Barrio Tercero del término Municipal de **Ponce.**

El anteproyecto original fue elevado por la Oficina de Permisos del Municipio Autónomo de Ponce, toda vez que se trata de una variación en intensidad de uso y de construcción y dicha oficina no tiene facultad para evaluarlo.

## DETERMINACIONES DE HECHOS

1. Distrito de Ordenación Territorial EH 1 según el Mapa de Ordenamiento Territorial del Municipio Autónomo de Ponce. Se utiliza la JP-242 para evaluar el proyecto.

2. El proyecto se encuentra en un área no inundable según el Mapa de Zonas Susceptibles a Inundaciones del municipio de Ponce.

3. **Mediante el caso AP-2008-0003** se autorizó un anteproyecto de construcción para el desarrollo de un complejo residencial para 204 apartamentos distribuidos en cinco edificios de seis plantas en desnivel los cuales dejaban dos piso a nivel del estacionamiento inferior y cuatro a nivel del estacionamiento superior.

4. Ahora la parte proponente somete una enmienda ante La ARPE a la resolución aprobada que consiste en la inclusión de veinte apartamentos de tres dormitorios extras a los ya aprobados para 224 apartamentos distribuidos en los mismos cinco edificios.

5. El uso de casas de apartamentos de interés social es uno permitido por el Reglamento de Ordenamiento Territorial de Ponce con una densidad permitida según la JP – 242 de 1 unidad por cada 100 metros cuadrados lo que permite 254 unidades de vivienda en el solar.

6. Cumple con la JP 242 por lo que no cambia la densidad y el área de ocupación no se afecta.

## CONCLUSIONES DE DERECHO

1. El Artículo 13.012 de la Ley 81 del 30 de agosto del 1991 según enmendada dispone que, la agencia pública concernida (Administración de Reglamentos y Permisos) considerará lo dispuesto en el Plan de Ordenación Territorial aplicable al evaluar la solicitud y tomará las condiciones necesarias para armonizar, en lo posible, con el Plan y solicitará comentarios al municipio en la evaluación de la solicitud.

2. Que mediante la Orden Administrativa ARP – Núm. 89 – 4 del 01 de julio del 1989, emitida al amparo de la Ley Número 76 del 24 de junio de 1975, el Administrador de la Administración de Reglamentos y Permisos delegó a los directores Regionales a considerar variaciones (concesiones) y excepciones (autorizaciones directas) en construcciones, usos de pertenencias, lotificaciones simples, así como en zonas susceptibles a inundaciones.

*Caso Número 10AL7-00000-00678*
*Proyecto Estancias del Señorial*
*Resolución de Anteproyecto Alterno*
*Página 2 de 4*

3. El Convenio de Transferencia de Competencias de La Junta de Planificación y la Administración de Reglamentos y Permisos por el Gobierno Central del Estado Libre Asociado de Puerto Rico al Municipio de Ponce en su Sección III – A, inciso 5b sobre la Jerarquía V dispone que las facultades de la Administración de Reglamentos y Permisos y de La Junta de Planificación incluyen proyectos privados de carácter o impacto regional, no incluidos en un Plan de Ordenación y que sean importantes para la salud, seguridad y bienestar de la región.

4. La Sección 18.09 de la Ley numero 81 del 30 de agosto de 1981, según enmendada, conocida como Ley de Municipios Autónomos del Estado Libre Asociado de Puerto Rico, expresa que una vez la Oficina de Permisos tramite un expediente de un proyecto radicado en el municipio, cuya facultad de consideración es de las agencias del Gobierno Central (Junta o ARPE) las etapas posteriores de estos proyectos tendrán que radicarse en la Secretaría de la Oficina Central correspondiente, (Junta o ARPE) conforme a las normas y reglamentos.

5. Que la Gerente del Centro de Servicio de la Administración de Reglamentos y Permisos en Ponce, Considera aceptable el anteproyecto alterno y entiende que se puede conceder la enmienda solicitada, toda vez que las enmiendas sometidas al plano preliminar son de carácter menor y no alteran el concepto original del proyecto

## ACUERDO

Luego de considerar las **Determinaciones de Hechos y las Conclusiones de Derecho,** relacionadas con el caso que nos ocupa y según las disposiciones de la Orden Administrativa ARP – Núm. 89 – 4 del 1ro de julio de 1989, emitida al amparo de la ley Núm. 76 del 24 de junio de 1975, la Directora Regional de la Administración de Reglamentos y Permisos en Ponce, **autoriza** el anteproyecto alterno solicitado.

## DISPONIÉNDOSE LO SIGUIENTE

1. Los planos de construcción del proyecto deberán ser sometidos, acompañados de toda la documentación correspondiente, conforme a las disposiciones del Reglamento para la Certificación de Proyectos de Construcción (Reglamento de Planificación #12). Dicha radicación de etapa de permiso de construcción, así como la radicación de cualquier etapa subsiguiente, deberá, conforme a la conclusión de derechos número 7, radicarse en el Centro de Servicios de Ponce de la ARPE.

2. Someter los comentarios del Cuerpo de Bomberos referente a los elevadores.

3. Todas las disposiciones de la Resolución original que no hayan sido expresamente enmendadas por ésta, permanecerán en todo su vigor y efecto.

El cumplir con los requerimientos de la Administración de Reglamentos y permisos no exime a cualquier parte que solicite un permiso o autorización de A.R.P.E. de cumplir con los requerimientos de las leyes federales **"fair Housing Act "y "American With Disabilities Act" y su reglamentación vigente.**

Este acuerdo estará vigente durante el término de un año (1), a partir de la fecha de expedición de este informe, entendiéndose que el permiso de construcción deberá obtenerse durante el término de un año (1), a partir de la fecha de notificación de esta Resolución.

La parte adversamente afectada por esta decisión podrá, dentro del término de **VEINTE (20) DIAS** desde la fecha de archivo de autos de la notificación, presentar una moción de reconsideración ante la secretaría de la Oficina Regional de la ARPE. La Agencia, dentro de los **QUINCE (15) DIAS** de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los **QUINCE (15) DIAS, el término de treinta (30) días** para solicitar apelación ante la Junta de Apelaciones sobre Construcciones y Lotificaciones, comenzará a correr nuevamente desde que se notifique dicha decisión o desde que expiren esos **QUINCE (15) DIAS,** según sea el caso. Si se tomare alguna determinación en su consideración, el término para solicitar apelación ante la Junta de Apelaciones sobre Construcciones y Lotificaciones empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la resolución de la Agencia resolviendo definitivamente la moción; cuya resolución deberá ser emitida y archivada en autos dentro de los **NOVENTA (90) DIAS** siguientes a la radicación de la moción.

*Caso Número 10AL7-00000-00678*
*Proyecto Estancias del Señorial*
*Resolución de Anteproyecto Alterno*
*Página 3 de 4*

Si la Agencia dejare de tomar alguna acción con relación a la moción de reconsideración dentro de los **NOVENTA (90) DIAS** de haber sido radicada una moción acogida para resolución, perderá jurisdicción sobre la misma y el término para solicitar la apelación empezará a contarse a partir de la expiración de dicho término de **NOVENTA (90) DIAS,** salvo que un tribunal por justa causa, autorice a la Agencia una Prórroga para resolver, por un tiempo razonable.

Si no se radica la reconsideración, la parte interesada podrá optar por radicar directamente una apelación ante la Junta de Apelaciones sobre Construcciones y Lotificaciones, dentro del término de **TREINTA (30) DIAS** naturales, contados a partir de la fecha del depósito en el correo de la notificación de la determinación de la Administración de Reglamentos y Permisos, certificando haberle notificado con copia de la misma a todas las partes interesadas.

Copia de la presente resolución se está notificando a los siguientes:

1. Efrain Antonio Rivera Soler.
   P/C Ing. Alberto Quintana Rondón
   PO Box 363842
   San Juan, PR, 00936-3842

Se está enviando notificación de cortesía:

1. Ingeniero Iván López Onna
   Director
   Oficina de Ordenación Territorial
   Gobierno Municipal de Ponce
   PO Box 331709
   Ponce, PR 00733



2. Ingeniero Félix D. Camacho Nogués
   Director Ejecutivo
   Oficina de Permisos
   Apartado 331709
   Ponce, PR 00733

3. Hon. María Meléndez Altieri
   Alcaldesa de Ponce
   Apartado 331709
   Ponce, P.R. 007331

4. Autoridad de Energía Eléctrica
   División Operaciones Técnicas
   Apartado 7355
   Ponce, Puerto Rico 00732

5. Autoridad de Acueductos y Alcantarillados
   Región sur
   Apartado 7697
   Ponce, Puerto Rico 00732

6. Director Oficina de Control de Accesos
   Autoridad de Carreteras y Transportación
   PO Box 42007
   San Juan, Puerto Rico 00940-2007

7. Banco Gubernamental de Fomento
   PO box 71361
   San Juan, PR 00936-8461

*Caso Número 10AL7-00000-00678*
*Proyecto Estancias del Señorial*
*Resolución de Anteproyecto Alterno*
*Página 4 de 4*

**CERTIFICO:** Que la anterior es copia fiel y exacta de la determinación del Gerente Regional del Centro de Servicios de la Administración de Reglamentos y Permisos en Ponce el **16 de abril del 2010.**

Para conocimiento general expido la presente copia bajo mi firma y notifico a todas las partes interesadas, a las direcciones que constan en nuestros archivos,

En Ponce, Puerto Rico, hoy      APR 2 2 2010

Ing. Jorge L. García Faneytt
Administrador de la ARPE

Autorizado por: _____

Ing. Edward Bonilla Rodríguez Gerente

Expedido por: _____

Sonia N. González Sub secretaria