**EXHIBIT I**

# DESARROLLADORA INTERNACIONAL, INC.

## INTERIM FINANCIAL STATEMENTS

For six months ended June 30, 2010

# DESARROLLADORA INTERNACIONAL, INC.
## INTERIM FINANCIAL STATEMENTS
### AS OF JUNE 30, 2010

## TABLE OF CONTENTS

| Description | Page No. |
|---|---|
| ACCOUNTANT'S REPORT | 1 |
| FINANCIAL STATEMENTS | |
| Balance Sheet | 2 |
| Statement of income and retained earnings | 3 |
| NOTES TO FINANCIAL STATEMENTS | 4 |

**J. A. & Associates**

ESPECIALISTA EN CONTRIBUCIONES
CONTABILIDAD

---

# ACCOUNTANT'S REPORT

August 30, 2010

To the Board of Directors
Desarrolladora Internacional, Inc.
San Juan Puerto Rico

We have prepared the accompanying interim Balance Sheet of Desarrolladora Internacional, Inc. as of June 30, 2010 in accordance with Statements on Standards for Accounting and Review Services issued.

The reports are limited to presenting in the form of financial statements information that is the representation of the company's management. We have not audited or reviewed the accompanying financial statements and accordingly, do not express an opinion or any other form of assurance on them.

**DESARROLLADORA INTERNACIONAL, INC.**

**BALANCE SHEET**
As of June 30, 2010

**ASSETS**
**CURRENT ASSETS**
| | |
|---|---:|
| Cash on hand and in banks | $ - 0- |
| Account Receivable | 424,400 |
| **TOTAL CURRENT ASSETS** | $ 424,400 |

**FIXED ASSETS**
| | |
|---|---:|
| Vehicle | $ 72,954 |
| Less: accumulated depreciation | (54,711) |
| **TOTAL FIXED ASSETS** | $ 18,243 |

**OTHER ASSETS**
| | |
|---|---:|
| Investments | 1,383,696 |
| **TOTAL ASSETS** | $1,401,939 |

**LIABILITIES AND EQUITY**

**LONG TERM LIABILITIES**
| | |
|---|---:|
| Account Payable Trade | $ 7,000 |
| Note Payable | 1,366,696 |
| Mortgage Payable | 424,400 |
| **TOTAL LIABILITIES** | $ 1,798,096 |

**STOCKHOLDER'S EQUITY**
| | |
|---|---:|
| Contributed capital | -0- |
| Retained earnings | (396,157) |
| **TOTAL STOCKHOLDER'S EQUITY** | $ (396,157) |
| **TOTAL LIABILITIES AND EQUITY** | $ 1,401,939 |

See accompanying notes and accountant's report.

DESARROLLADORA INTERNACIONAL, INC.
STATEMENT OF INCOME AND RETAINED EARNINGS
For the interim period of six months ended June 30, 2010

| | |
|---|---:|
| GROSS REVENUES | $ -0- |
| COST OF SALES | -0- |
| GROSS PROFIT ON SALES | -0- |
| GENERAL AND ADMINISTRATIVE EXPENSES | 8,508 |
| TOTAL ADMINISTRATIVE EXPENSES | (8,508) |
| NET INCOME BEFORE TAXES | (8,508) |
| INCOME TAX BENEFIT | -0- |
| NET INCOME | (8,508) |
| RETAINED EARNINGS BEGINNING OF PERIOD | (387,649) |
| RETAINED EARNINGS END OF PERIOD | $ (396,157) |

See accompanying notes and accountant's report. Page 3

**DESARROLLADORA INTERNACIONAL, INC.**
**NOTES TO FINANCIAL STATEMENTS**

### NOTE A- SUMMARY OF SIGNIFICANT ACCOUNTING PRINCIPLES

#### Business operation and organization
Desarrolladora Internacional, Inc. is a corporation organized under the laws of the commonwealth of Puerto Rico. The corporation was organized in June 8, 2005, is engage in the sale of services in house and building construction.

#### Basis of accounting
The records of the company are kept using the accrual basis of accounting whereby income earned and expenses are recognized when incurred.

#### Use of estimates
The preparation of financial statements in conformity with accepted principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### NOTE B- ACCOUNT RECEIVABLE – RELATED PARTY

The Company has account receivable form GEB Development Corp a related party company collateralized by building at Urb. Santa Teresita, Santurce, Puerto Rico.

### NOTE C-INVESTMENT

An investment of $1,366,696 was made for the purchase of land located in Bo. Ceiba, Cidra, Puerto Rico, and for the construction of 8 houses in the site mention.

### NOTE D- ACCOUNT PAYABLE

Account payable collateralized by a vehicle due to Eurolease, payable in monthly installments of $1,215.90 including interest at 7.95% starting on October 26, 2006 due in September 26, 2011.

### NOTE E- NOTE PAYABLE

Note payable due on presentation to Oriental Bank. This note payable is collateralized with the land and 8 houses located in Bo.Ceiba, Cidra Puerto Rico.

### NOTE F-MORTGAGE PAYABLE

Mortgage payable due to Oriental Bank collateralized by a building at Urb. Santa Teresita, Santrurce, Puerto Rico, payable in monthly installments of $2,000 due in January 25, 2011.