**EXHIBIT J**

# MEDITERRANIUM AT-PUNTA LAS MARIAS INC.

## INTERIM FINANCIAL STATEMENTS

For six months ended June 30, 2010

# MEDITERRANIUM AT-PUNTA LAS MARIAS INC.
## INTERIM FINANCIAL STATEMENTS
## AS OF JUNE 30, 2010

## TABLE OF CONTENTS

| Description | Page No. |
|---|---|
| ACCOUNTANT'S REPORT | 1 |
| FINANCIAL STATEMENTS | |
|     Balance Sheet | 2 |
|     Statement of income and retained earnings | 3 |
| NOTES TO FINANCIAL STATEMENTS | 4 |

**J. A. & Associates**

ESPECIALISTA EN CONTRIBUCIONES
CONTABILIDAD

---

## ACCOUNTANT'S REPORT

August 11, 2010

To the Board of Directors
Mediterranium At-Punta Las Marias Inc.
San Juan Puerto Rico

We have prepared the accompanying interim Balance Sheet of Mediterranium At-Punta Las Marias Inc. as of June 30, 2010 in accordance with Statements on Standards for Accounting and Review Services issued.

The reports are limited to presenting in the form of financial statements information that is the representation of the company's management. We have not audited or reviewed the accompanying financial statements and accordingly, do not express an opinion or any other form of assurance on them.

*[Signature]*

Urb. Bairoa, Ave Bairoa, Rodrigo de Triana AC-3, Caguas, Puerto Rico 00725 *
Tel. (787)743-9050 Fax (787) 744-5615
E-mail jalh56@yahoo.com

**MEDITERRANIUM AT-PUNTA LAS MARIAS INC.**

**BALANCE SHEET**

As of June 30, 2010

| | |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash on hand and in banks | $ - 0- |
| **TOTAL CURRENT ASSETS** | $ -0- |
| **OTHER ASSETS** | |
| Investments | 734,400 |
| **TOTAL OTHER ASSETS** | 734,400 |
| **TOTAL ASSETS** | $ 734,400 |
| **LIABILITIES AND EQUITY** | |
| **LONG TERM LIABILITIES** | |
| Account payable trade | $ 42,051 |
| Notes payable | 871,922 |
| **TOTAL LIABILITIES** | $ 913,973 |
| **STOCKHOLDER'S EQUITY** | |
| Contributed capital | 100 |
| Retained earnings | (179,673) |
| **TOTAL STOCKHOLDER'S EQUITY** | (179,573) |
| **TOTAL LIABILITIES AND EQUITY** | $ 734,400 |

See accompanying notes and accountant's report.

MEDITERRANIUM AT- PUNTA LAS MARIAS INC.
STATEMENT OF INCOME AND RETAINED EARNINGS
For the interim period of six months ended June 30, 2010

| | |
|---|---:|
| GROSS REVENUES | $ -0- |
| COST OF SALES | -0- |
| GROSS PROFIT ON SALES | -0- |
| GENERAL AND ADMINISTRATIVE EXPENSES | |
| TOTAL ADMINISTRATIVE EXPENSES | -0- |
| NET INCOME BEFORE TAXES | -0- |
| INCOME TAX BENEFIT | -0- |
| NET INCOME | -0- |
| RETAINED EARNINGS BEGINNING OF PERIOD | (179,673) |
| RETAINED EARNINGS END OF PERIOD | $(179,673) |

See accompanying notes and accountant's report.                                                     Page 3

MEDITERRANIUM AT-PUNTA LAS MARIAS INC.
NOTES TO FINANCIAL STATEMENTS

### NOTE A- SUMMARY OF SIGNIFICANT ACCOUNTING PRINCIPLES

#### Business operation and organization

Mediterranium At-Punta Las Marias Inc. is a corporation organized under the laws of the commonwealth of Puerto Rico. The corporation was organized in January 25, 2006 is engage in the sale of services in construction.

#### Basis of accounting

The records of the company are kept using the cash basis of accounting whereby income and expenses are recognized when incurred

#### Use of estimates

The preparation of financial statements in conformity with accepted principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### NOTE B- INVESTMENTS

An investment of $734,400 was made for remodeling and purchase of building 5 apartments located in Punta Las Marias, San Juan Puerto Rico.

### NOTE C- NOTES PAYABLE

Mortgage note payable due on presentation to Eurobank, with a 15% annual interest rate. This note payable is collateralized with the Building at Punta Las Marias.