**EXHIBIT L**

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES

STATEMENT OF FINANCIAL CONDITION

As of June 30, 2010

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
STATEMENT OF FINANCIAL CONDITION
As of June 30, 2010

## TABLE OF CONTENT

ACCOUNTANTS' REPORT................................... 1

STATEMENT OF FINANCIAL CONDITION....................... 2

NOTES TO STATEMENT OF FINANCIAL CONDITION...............3-11



**ESPECIALISTA EN CONTRIBUCIONES
CONTABILIDAD**

---

## ACCOUNTANT'S REPORT

---

August 30, 2010

Mr. Efrain A. Rivera &
Mrs. Brenda L. Nieves
PO Box 3638742
San Juan, PR 00936

We have prepared the accompanying statement of financial condition of Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves as of June 30, 2010 in accordance with Statements on Standards for Accounting and Review Service issued.

The statements are limited to presenting in the form of financial statements, information that is the representation of the individuals whose financial statements are presented. We have not audited or reviewed the accompanying statement of financial condition and, accordingly, do not express an opinion or any other form of assurance on it.

*[signature]*

Urb. Bairoa, Ave Bairoa, Rodrigo de Triana AC-3, Caguas, Puerto Rico 00725 *
Tel. (787)743-9050 Fax (787) 744-5615
E-mail jalh56@yahoo.com

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES  
STATEMENT OF FINANCIAL CONDITION  
As of June 30, 2010

2

### ASSETS

| | |
|---|---:|
| Cash | $ 1,412 |
| Cash Value of Life Insurance | 6,569 |
| Real Estate | 2,704,000 |
| Personal Property | 28,300 |
| **TOTAL ASSETS** | **$2,740,281** |

### LIABILITIES & NET WORTH

| | |
|---|---:|
| Account Payable | $4,069,734 |
| Investment in Closely Held Business | 972,320 |
| Note Payable | 42,814 |
| Mortgage Payable | 1,597,962 |
| **TOTAL LIABILITIES** | **$6,682,830** |
| Estimated income taxes, on the differences between the estimated current values of assets and their tax bases | 96,702 |
| **NET WORTH** | **(4,039,251)** |
| **TOTAL LIABILITIES & NET WORTH** | **$2,740,281** |

See accompanying notes and accountants' report

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION     3
As of June 30, 2010

NOTE A - BASIS OF ACCOUNTING

The accompanying financial statement includes the assets and liabilities of Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves. Assets and liabilities are stated at their estimated current values, which as to assets, are intended to approximate amounts.

NOTE B - CASH

Represents cash on hand at June 30, 2010 as detailed below:

Check account Santander     $ 1,412

NOTE C - CASH VALUE OF LIFE INSURANCE POLICIES

| Insurance Company | Owner of Policy | Coverage Amount | Net Cash Surrender Value |
|---|---|---|---|
| Re Assurance | Efrain Rivera | $500,000 | $6,569 |

NOTE D - INVESTMENT IN CLOSELY HELD BUSINESSES

Mr. Efrain A. Rivera is a contractor, is engage in the sale of services in construction. The estimated current value of the investment equal to the book value at June 30, 2010.

A condensed balance sheet (unaudited) is as follows:

**Assets**
Cash                              $ 1,500

Total Assets                      $ 1,500

**Liabilities**
Capital                             1,500
Total Liabilities & Capital       $ 1,500

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION 4
As of June 30, 2010

NOTE E - INVESTMENT IN CLOSELY HELD BUSINESSES

An (unaudited) Income Statement for 6 month ended in June 30, 2010 is as follows:

| | | |
|---|---:|---:|
| INCOME | | $ 7,803 |
| DEDUCT: EXPENSES | | |
| Motor Vehicle | $ 492 | |
| Bank Charges | 13 | |
| Total | | 505 |
| Net Income | | $ 8,308 |

Mrs. Brenda L. Nieves is a realtor engage in the sales of properties.

An (unaudited) Income Statement for 6 month ended in June 30, 2010 is as follows:

| | | |
|---|---:|---:|
| Commissions | | $27,300 |
| Operating Expenses: | | |
| Vehicle Expense | $ 492 | |
| License | 120 | |
| Office Expense | 323 | |
| Education | 1,720 | |
| | | 2,655 |
| Net Income | | $24,645 |

Mr. Efrain A. Rivera is owner of Desarrolladora Internacional, Inc. is engage in the sale of services in construction. The estimated current value of the investment equal to the book value at June 30, 2010.

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION       5
As of June 30, 2010

A condensed balance sheet (unaudited) is as follows:

**Assets**

| | |
|---|---:|
| Cash | $ -0- |
| Account Receivable | 424,400 |
| Motor Vehicle | 72,954 |
| Less: Accum. Depre. | (54,711) |
| Total | 18,243 |
| Investments | 1,383,696 |
| Total Assets | $1,401,939 |

**Liabilities**

| | |
|---|---:|
| Account Payable Trade | $ 7,000 |
| Note Payable | 1,366,696 |
| Mortgage Payable | 424,400 |
| Stockholder's Equity | (396,157) |
| Total Liabilities & Capital | $1,401,939 |

An (unaudited) Income Statement for 6 month ended in June 30, 2010 is as follows

| | |
|---|---:|
| Gross Revenues | $ -0- |
| Total Expenses | 8,508 |
| Net Income | $(8,508) |

Mr. Efrain A. Rivera is owner of Mediterranium At-Punta Las Marias Inc., is engage in the sale of services in construction. The estimated current value of the investment equal to the book value at June 30, 2010.

A condensed balance sheet (unaudited) is as follows:

**Assets**

| | |
|---|---:|
| Cash | $ -0- |
| Investments | 734,400 |
| Total Assets | $ 731,400 |

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION        6
As of June 30, 2010

**Liabilities**
| | |
|---|---:|
| Account Payable Trade | $ 42,051 |
| Note Payable | 871,922 |
| Stockholder's Equity | (179,573) |
| Total Liabilities & Capital | $ 734,400 |

An (unaudited) Income Statement for 6 month ended in June 30, 2010 is as follows

| | |
|---|---:|
| Gross Revenues | $ -0- |
| Total Expenses | -0- |
| Net Income | $ -0- |

Mr. Efrain A. Rivera is owner of GW Construction Corp., Inc. is engage in the sale of services in construction. The estimated current value of the investment equal to the book value at June 30, 2010.

A condensed balance sheet (unaudited) is as follows:

**Assets**
| | |
|---|---:|
| Cash | $ 2,297 |
| Account Receivable | 49,673 |
| Income Tax Benefit | 14,314 |
| Total Assets | $ 66,284 |
| Plant & Equipment Net Depre. | 4,320 |
| Total Assets | $ 70,604 |

**Liabilities**
| | |
|---|---:|
| Account Payable | $ 3,805 |
| Credit Line | 37,793 |
| Other Liabilities | 86,264 |
| Stockholder's Equity | (57,258) |
| Total Liabilities & Capital | $ 70,604 |

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION    7
As of June 30, 2010

An (unaudited) Income Statement for 6 month ended in June 30, 2010 is as follows

| | |
|---|---:|
| Gross Revenues | $ 182,872 |
| Cost of Sales | 86,727 |
| General & Administrative Expenses: | |
| Administrative | 64,195 |
| Bank Charges | 813 |
| Interest | 12 |
| Professional Services | 8,817 |
| Taxes | 2,383 |
| Total Expenses | 76,220 |
| Net Income Before Taxes | $ 19,925 |
| Income Tax Benefit (Expense) | (3,985) |
| Net Income | $ 15,940 |

Mr. Efrain A. Rivera is owner of GEB Development Corp., is engage in the sale of services in construction. The estimated current value of the investment equal to the book value at June 30, 2010.

A condensed balance sheet (unaudited) is as follows:

**Assets**

| | |
|---|---:|
| Cash | $ -0- |
| Account Receivable | 394,862 |
| Plant & Equipment Net Depre. | 414,074 |
| Total Assets | $ 808,936 |

**Liabilities**

| | |
|---|---:|
| Account Payable | $ 725,418 |
| Note Payable | 424,400 |
| Stockholder's Equity | (340,882) |
| Total Liabilities & Capital | $ 808,936 |

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION            8
As of June 30, 2010

An (unaudited) Income Statement for 6 month ended in June 30, 2010 is as follows

| | |
|---|---:|
| Gross Revenues | $ -0- |
| Cost of Sales | -0- |
| General & Administrative Expenses: | |
| Depreciation Expense | 9,261 |
| Total Expenses | 9,261 |
| Net Income | $ (9,261) |

Mr. Efrain A. Rivera is owner of Estancias Del Señorial, Inc. is engage in the sale of services in construction. The estimated current value of the investment equal to the book value at June 30, 2010.

A condensed balance sheet (unaudited) is as follows:

**Assets**

| | |
|---|---:|
| Cash | $ 50 |
| Total Assets | $ 50 |

**Liabilities**

| | |
|---|---:|
| Stockholder's Equity | 50 |
| Total Liabilities & Capital | $ 50 |

An (unaudited) Income Statement for 6 month ended in June 30, 2010 is as follows

| | |
|---|---:|
| Gross Revenues | $ -0- |
| Cost of Sales | -0- |
| General & Administrative Expenses: | |
| Total Expenses | -0- |
| Net Income | $ -0- |

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION  9
As of June 30, 2010

### NOTE F – REAL ESTATE

Mr. Efrain A. Rivera & Mrs. Brenda L. Nieves is 100% owner of the following real estate's as of June 30, 2010. Current values are determined by appraisals used by the owner to obtain financing.

| Description | Address | Market Value | Basis | Excess |
|---|---|---|---|---|
| Residence | Santa Maria San Juan, PR | $904,000 | $735,000 | $169,000 |
| Land | Ponce PR | 1,800,000 | 1,001,975 | 798,025 |
| Total | | $2,704,000 | $1,736,975 | $967,025 |

### NOTE G – PERSONAL PROPERTY

The personal property of Mr. & Mrs. Rivera consists of the current value of the following assets:

| | |
|---|---|
| Furniture & Fixture | $ 6,300 |
| Arts Paintings | 3,000 |
| Jewelry | 19,000 |
| Total | $28,300 |

### NOTE H – ACCOUNT PAYABLE

| | Balance |
|---|---|
| PR Acquisition | $ 4,717 |
| BBVA Credit Card | 12,196 |
| BBVA Credit Card | 2,342 |
| Macys Credit Card | 441 |
| American Express | 4,582 |
| JC Penny | 99 |
| Euro Bank Visa | 9,036 |
| Lcda Rebecca Diaz | 450,000 |
| Pablo Baez | 190,000 |
| RG Premier Credit Line | 36,696 |
| Citibank (residence arrears) | 5,127 |
| BBVA (auto Co debtor) | 31,766 |
| Euro Bank (commercial loan) | 105,117 |
| Euro Bank (commercial loan) | 450,394 |
| Euro Bank (construction loan) | 1,482,930 |
| Municipio de Carolina | 894 |

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION     10
As of June 30, 2010

| | |
|---|---:|
| GE Money | 426 |
| GE Money | 3,667 |
| Euro Bank | 19,399 |
| Euro Bank (construction loan) | 967,185 |
| First Bank (co debtor auto lease) | 40,497 |
| Department of Labor | 500 |
| Banco Popular | 42,000 |
| Banco Popular | 42,000 |
| Direct TV | 182 |
| Doral Bank | 24,241 |
| Easy Rental | 58,411 |
| Ecologia Carmelo | 75,000 |
| Fast Steel | 6,291 |
| PRTC | 403 |
| Sears | 1,749 |
| Triple S | 1,446 |
| Total | $4,069,734 |

**NOTE I** - Note Payable

Note payable collateralized by a lease vehicle (Jeep Commander) payable in monthly installments of $698 including interest due in November 27, 2014.

Balance $42,814

**NOTE J** - Mortgage Payable

Mortgage payable modified for 5 years collateralized by a house at Urb. Santa Maria payable in monthly installments of $895, including interest, due in 2030.

Balance $665,987

Mortgage payable collateralized by a land at Ponce, payable in monthly installments of $3,996, including interest due in 2010.

Balance $931,975

MR. EFRAIN A. RIVERA & MRS. BRENDA L. NIEVES
NOTES TO STATEMENT OF FINANCIAL CONDITION          11
As of June 30, 2010

**NOTE K - ESTIMATED INCOME TAX**

The estimated current amounts of liabilities at June 30, 2010 equaled their tax bases. Estimated income taxes in the amount of $96,702 have been provided on the excess of the estimated current values of assets over tax bases as if the estimated current values of the assets had been realized on the statement date, [Market value $2,704,000 less cost $1,736,975 = $967,025]. The provision will probably differ from the amounts of income taxes that eventually might be paid because those amounts are determined by the timing and the method of disposal or realization and the tax laws and regulations in effect at the time of disposal or realization. The excess of estimated current values of assets over their tax bases includes the excess on real estates.