**EXHIBIT M**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Puerto Rico
### _____ DIVISION

| | | |
|---|---|---|
| IN RE: | MR. EFRAIN ANTONIO RIVERA SOLER<br>MRS. BRENDA LIZ NIEVES CASTRO | CASE NUMBER: 09-09654 (BKT) |
| | | JUDGE BRIAN K. TESTER |
| | DEBTOR. | CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** 6/1/2010 **TO** 6/30/2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7/28/10

_____
Attorney for Debtor

Attorney's Address
and Phone Number:
**ALMEIDA & DAVILA, P.S.C.**
Po Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787)722-2500
Fax: (787)722-2227

Debtor's Address
and Phone Number:

PO Box 363842
San Juan, PR 00936-3842

Tel. (787) 635-6835 / (787) 640-8246

**ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com

**ZELMA DAVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Mr. Efrain A Rivera Soler & Mrs. Brenda L. Nieves Castro |
|---|
| Case Number: 09-09654(BKT) |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month Jun-10 | Cumulative Total |
|---|---:|---:|
| **CASH- Beginning of Month (Household)** | 0.00 | -1,165.48 |
| **CASH- Beginning of Month (Business)** | 4,797.97 | 50,056.97 |
| **Total Household Receipts** | 3,745.39 | 36,106.17 |
| **Total Business Receipts** | 2,200.00 | 33,603.00 |
| **Total Receipts** | 5,945.39 | 69,709.17 |
| **Total Household Disbursements** | 3,745.39 | 36,397.54 |
| **Total Business Disbursements** | 4,085.74 | 33,909.72 |
| **Total Disbursements** | 7,831.13 | 70,307.26 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2,912.23 | 48,293.40 |
| **CASH- End of Month (Individual)** | 0.00 | -1,456.85 |
| **CASH- End of Month (Business)** | 2,912.23 | 49,750.25 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 22 day of July 20.10

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month 6/30/2010 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 0.00 | -1,165.48 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 3,745.39 | 36,106.17 |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** | 3,745.39 | 36,106.17 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  | 0.00 |
| Charitable Contributions |  | 0.00 |
| Gifts |  | 0.00 |
| Household Expenses/Food/Clothing | 569.48 | 4,890.45 |
| Household Repairs & Maintenance |  | 360.55 |
| Insurance | 71.00 | 528.00 |
| IRA Contribution |  | 0.00 |
| Lease/Rent Payments |  | 0.00 |
| Medical/Dental Payments | 356.75 | 2,849.40 |
| Mortgage Payment(s) | 898.00 | 6,943.00 |
| Other Secured Payments | 798.00 | 2,961.80 |
| Taxes - Personal Property |  | 437.75 |
| Taxes - Real Estate |  | 0.00 |
| Taxes Other (attach schedule) |  | 2,696.00 |
| Travel & Entertainment |  | 102.95 |
| Tuition/Education | 662.69 | 5,421.27 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 389.47 | 3,844.50 |
| Vehicle Expenses |  | 1,013.76 |
| Vehicle Secured Payment(s) |  | 3,265.88 |
| U. S. Trustee Quarterly Fees |  | 650.00 |
| Professional Fees (Legal, Accounting) |  | 335.00 |
| Other (attach schedule) |  | 51.15 |
| Bank Charges |  | 46.08 |
|  |  | 0.00 |
|  |  | 0.00 |
| **Total Household Disbursements** | 3,745.39 | 36,397.54 |
|  |  |  |
| **CASH** - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 0.00 | -1,456.85 |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month 6/30/2010 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 4,797.97 | 50,056.97 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales | 2,200.00 | 33,603.00 |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** | 2,200.00 | 33,603.00 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  | 0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 3,745.39 | 31,506.17 |
| Taxes - Payroll |  | 0.00 |
| Taxes - Sales |  | 0.00 |
| Taxes Other (attach schedule) | 200.00 | 320.00 |
| Contract Labor (Subcontractors) |  | 0.00 |
| Inventory Purchases |  | 0.00 |
| Secured/Lease Payments (Business) |  | 0.00 |
| Utilities (Business) |  | 0.00 |
| Insurance |  | 0.00 |
| Vehicle Expenses | 135.00 | 135.00 |
| Travel & Entertainment | 5.35 | 5.35 |
| Repairs and Maintenance |  | 0.00 |
| Supplies |  | 323.20 |
| Charitable Contributions/Gifts |  | 0.00 |
| Purchase of Fixed Assets |  | 0.00 |
| Advertising |  | 0.00 |
| Bank Charges |  | 10.00 |
| Other (attach schedule) |  | 1,610.00 |
|  |  | 0.00 |
| **Total Business Disbursements** | 4,085.74 | 33,909.72 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 2,912.23 | 49,750.25 |

11:30 AM
07/21/10

# Efrain Rivera Soler & Brenda Nieves Castro
## Reconciliation Summary
### 1000 · Bco Santander General Operating, Period Ending 06/30/2010

|  | Jun 30, 10 |
|---|---|
| **Beginning Balance** | 3,370.17 |
| **Cleared Transactions** | |
| Checks and Payments - 49 items | -4,157.94 |
| Deposits and Credits - 2 items | 2,200.00 |
| **Total Cleared Transactions** | -1,957.94 |
| **Cleared Balance** | **1,412.23** |
| Register Balance as of 06/30/2010 | 1,412.23 |
| **Ending Balance** | 1,412.23 |

11:30 AM
07/21/10

# Efrain Rivera Soler & Brenda Nieves Castro
## Reconciliation Detail
1000 · Bco Santander General Operating, Period Ending 06/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,370.17 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 49 items** | | | | | | |
| Check | 5/27/2010 | 147 | El Nuevo Dia | X | -47.20 | -47.20 |
| Check | 5/29/2010 | 150 | Casiano Exterminating | X | -25.00 | -72.20 |
| General Journal | 6/1/2010 | | | X | -11.86 | -84.06 |
| General Journal | 6/1/2010 | | | X | -350.00 | -434.06 |
| General Journal | 6/1/2010 | | | X | -55.13 | -489.19 |
| General Journal | 6/2/2010 | | | X | -1.07 | -490.26 |
| General Journal | 6/2/2010 | | | X | -11.33 | -501.59 |
| General Journal | 6/3/2010 | | | X | -40.00 | -541.59 |
| General Journal | 6/3/2010 | | | X | -71.00 | -612.59 |
| General Journal | 6/3/2010 | | | X | -25.45 | -638.04 |
| General Journal | 6/7/2010 | | | X | -23.60 | -661.64 |
| General Journal | 6/7/2010 | | | X | -58.35 | -719.99 |
| General Journal | 6/7/2010 | | | X | -13.90 | -733.89 |
| General Journal | 6/7/2010 | | | X | -1.07 | -734.96 |
| General Journal | 6/7/2010 | | | X | -42.79 | -777.75 |
| Check | 6/9/2010 | 151 | Citi Mortgage | X | -898.00 | -1,675.75 |
| General Journal | 6/10/2010 | | | X | -12.76 | -1,688.51 |
| General Journal | 6/11/2010 | | | X | -30.00 | -1,718.51 |
| General Journal | 6/11/2010 | | | X | -139.00 | -1,857.51 |
| Check | 6/11/2010 | 152 | A.R.R.Y.E.S.M. | X | -110.00 | -1,967.51 |
| General Journal | 6/11/2010 | | | X | -172.00 | -2,139.51 |
| General Journal | 6/14/2010 | | | X | -20.30 | -2,159.81 |
| General Journal | 6/14/2010 | | | X | -17.15 | -2,176.96 |
| General Journal | 6/14/2010 | | | X | -1.07 | -2,178.03 |
| General Journal | 6/15/2010 | | | X | -124.67 | -2,302.70 |
| General Journal | 6/15/2010 | | | X | -100.00 | -2,402.70 |
| General Journal | 6/15/2010 | | | X | -100.00 | -2,502.70 |
| General Journal | 6/15/2010 | | | X | -1.07 | -2,503.77 |
| Check | 6/15/2010 | 153 | Linda Holliday | X | -135.00 | -2,638.77 |
| General Journal | 6/16/2010 | | | X | -30.00 | -2,668.77 |
| General Journal | 6/17/2010 | | | X | -36.28 | -2,707.05 |
| General Journal | 6/17/2010 | | | X | -97.31 | -2,804.36 |
| General Journal | 6/18/2010 | | | X | -28.86 | -2,833.22 |
| General Journal | 6/18/2010 | | | X | -42.90 | -2,876.12 |
| General Journal | 6/18/2010 | | | X | -52.28 | -2,928.40 |
| General Journal | 6/18/2010 | | | X | -65.27 | -2,993.67 |
| General Journal | 6/18/2010 | | | X | -10.59 | -3,004.26 |
| General Journal | 6/18/2010 | | | X | -4.82 | -3,009.08 |
| General Journal | 6/18/2010 | | | X | -10.69 | -3,019.77 |
| General Journal | 6/21/2010 | | | X | -14.97 | -3,034.74 |
| General Journal | 6/21/2010 | | | X | -11.76 | -3,046.50 |
| General Journal | 6/21/2010 | | | X | -10.69 | -3,057.19 |
| Check | 6/24/2010 | 155 | First Leasing | X | -698.00 | -3,755.19 |
| Check | 6/24/2010 | 154 | A.E.E. | X | -221.90 | -3,977.09 |
| Check | 6/24/2010 | 156 | First Leasing | X | -100.00 | -4,077.09 |
| General Journal | 6/25/2010 | | | X | -10.98 | -4,088.07 |
| General Journal | 6/28/2010 | | | X | -35.00 | -4,123.07 |
| General Journal | 6/28/2010 | | | X | -1.07 | -4,124.14 |
| General Journal | 6/30/2010 | | | X | -33.80 | -4,157.94 |
| **Total Checks and Payments** | | | | | -4,157.94 | -4,157.94 |
| **Deposits and Credits - 2 items** | | | | | | |
| General Journal | 6/4/2010 | | | X | 2,000.00 | 2,000.00 |
| General Journal | 6/16/2010 | | | X | 200.00 | 2,200.00 |
| **Total Deposits and Credits** | | | | | 2,200.00 | 2,200.00 |
| **Total Cleared Transactions** | | | | | -1,957.94 | -1,957.94 |
| **Cleared Balance** | | | | | -1,957.94 | 1,412.23 |
| **Register Balance as of 06/30/2010** | | | | | -1,957.94 | 1,412.23 |

11:30 AM
07/21/10

# Efrain Rivera Soler & Brenda Nieves Castro
## Reconciliation Detail
1000 · Bco Santander General Operating, Period Ending 06/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Ending Balance | | | | | -1,957.94 | 1,412.23 |



# ESTADO DE CUENTA

6

20

PO BOX 363842
SAN JUAN PR 00936-3842

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3105833546 |
| Desde | 08 Jun 2010 |
| Hasta | 30 Jun 2010 |

| | |
|---|---|
| Total de depósitos en el Banco | $1,412.23 |
| Total de préstamos en el Banco | $0.00 |



Para preguntas llamar a    BANCO EN CASA (787)281-2000 ó 1-800-726-8263

Todo reemplazo o tarjeta adicional de tarjeta de débito tendrá un costo de $3
(Este cargo no aplica a renovaciones automáticas).



## DEBTOR IN POSSESSION

Número de cuenta  3105833546

| | | |
|---|---|---|
| Balance inicial | $ | 4,592.42 |
| Depósitos y otros créditos | 1 + | 200.00 |
| Cheques pagados y otros retiros | 34 − | 3,380.19 |
| Balance final | $ | 1,412.23 |

### Información de intereses

Intereses ganados $   0.00 basado en un periodo de 022 Dias.
Con una tasa anual de rendimiento de   0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | | Fecha | Cantidad |
|---|---|---|---|---|
| 06/16 | 200.00 | | | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 151 | 898.00 | 06/11 | 154 | 221.90 | 06/25 |
| 152 | 110.00 | 06/14 | 155 | 698.00 | 06/25 |
| 153 | 135.00 | 06/16 | 156 | 100.00 | 06/25 |

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 06/10 | Compra Santander Express MC<br>PR RIO PIEDRAS   REF:   033737 ECONO BUCARE EC<br>518920XXXXXX7353 | 12.76 |
| 06/11 | Compra Santander Express MC<br>PR SANTURCE   REF:   081547 TEXACO BALDORIO<br>518920XXXXXX7353 | 30.00 |
| 06/11 | Compra Santander Express MC<br>PR SAN JUAN   REF:   013586 MCS LIFE PERSON<br>518920XXXXXX7353 | 139.00 |
| 06/11 | Compra Santander Express MC<br>PR SAN JUAN   REF:   062869 MCS LIFE PERSON<br>518920XXXXXX7353 | 172.00 |
| 06/14 | Compra Santander Express MC<br>US 866-733-2693   REF:   033151 REDBOX *DVDRESE<br>518920XXXXXX7353 | 1.07 |

PO Box 362589, San Juan, Puerto Rico 00936-2589                                        Miembro FDIC



## ESTADO DE CUENTA

| | |
|---|---|
| Página | 3 |
| Número de cuenta | 3105833546 |
| Desde | 08 Jun 2010 |
| Hasta | 30 Jun 2010 |

**Resumen de débitos**

| Fecha | Descripción | Cantidad |
|---|---|---|
| 06/30 | Compra Santander Express MC<br>PR RIO PIEDRAS   REF:   001729 ECONO BUCARE EC<br>518920XXXXXX7353 | 33.80 |

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 06/10 | 4,579.66 | 06/16 | 2,901.40 | 06/25 | 1,482.10 |
| 06/11 | 3,340.66 | 06/17 | 2,765.81 | 06/28 | 1,446.03 |
| 06/14 | 3,192.14 | 06/18 | 2,550.40 | 06/30 | 1,412.23 |
| 06/15 | 2,866.40 | 06/21 | 2,512.98 | | |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del período | Total acumulado durante el año 2010 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagados | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $0.00 |

Case 09-09654-ESL11 Doc#140-3 Filed 07/29/01 Entered 07/29/01 17:26:31 Desc Main
Exhibit M Page 9 of 18

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | | X |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Auto | Universal CAICO #88D1389669 | 12/2/08-11/2/2014 | 78.87 monthly | 394.35 |
| Liability | Universal CAICO #88PP394223 | 9/27/09/-9/27/10 | 75 quarterly | n/a |
| Life | ULBL001138 | Until payment is current | 624.99 quarterly | n/a |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:




Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SANTANDER | SANTANDER | RG PREMIER | |
| Account Number: | ******3546 | *****3554 | ******4510 | |
| Purpose of Account (Business/Personal) | Business | Business Escrow | Business Escrow | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| 1. Balance per Bank Statement | 1,412.23 | 1,500.00 | 0.00 | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 1,412.23 | 1,500.00 | 0.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS | | | | $2,912.23 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SANTANDER |
|---|---|
| Account Number | ******3546 |
| Purpose of Account (Personal) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See details attach | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

4:21 PM
07/21/10
Accrual Basis

# Efrain Rivera Soler & Brenda Nieves Castro
## Transactions by Account
### As of June 30, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| **1000 · Bco Santander General Operating** | | | | | | | | 3,297.97 |
| General Journal | 6/1/2010 | | | KFC | X | 6030 · Food | -11.86 | 3,286.11 |
| General Journal | 6/1/2010 | | | Wal-Mart | X | 6030 · Food | -55.13 | 3,230.98 |
| General Journal | 6/1/2010 | | | PR Hi Performance | X | 6085 · Tuition/Education | -350.00 | 2,880.98 |
| General Journal | 6/2/2010 | | | Las Cumbres BBQ | X | 6030 · Food | -11.33 | 2,869.65 |
| General Journal | 6/2/2010 | | | Red Box | X | 6080 · Travel & Entertainment | -1.07 | 2,868.58 |
| General Journal | 6/3/2010 | | | PR #3 KM 15.2 | X | 6060.01 · Medical Expense | -25.45 | 2,843.13 |
| General Journal | 6/3/2010 | | | Texaco | X | 6095 · Vehicle Expenses | -40.00 | 2,803.13 |
| General Journal | 6/3/2010 | | | Universal Insurance | X | 6045 · Insurance | -71.00 | 2,732.13 |
| General Journal | 6/4/2010 | | | Depsoitos Bancarios | X | 5010 · Fee Income | 2,000.00 | 4,732.13 |
| General Journal | 6/7/2010 | | | Red Box | X | 6080 · Travel & Entertainment | -1.07 | 4,731.06 |
| General Journal | 6/7/2010 | | | Marshalls | X | 6035 · Clothing | -13.90 | 4,717.16 |
| General Journal | 6/7/2010 | | | Macy's | X | 6035 · Clothing | -23.60 | 4,693.56 |
| General Journal | 6/7/2010 | | | Tibbi | X | 6030 · Food | -42.79 | 4,650.77 |
| General Journal | 6/7/2010 | | | Costco Whse | X | 6030 · Food | -58.35 | 4,592.42 |
| Check | 6/9/2010 | 151 | Citi Mortgage | 0770555546 | X | 2000.01 · Citi Mortgage | -898.00 | 3,694.42 |
| General Journal | 6/10/2010 | | | Econo | X | 6030 · Food | -12.76 | 3,681.66 |
| General Journal | 6/11/2010 | | | Texaco | X | 6095 · Vehicle Expenses | -30.00 | 3,651.66 |
| General Journal | 6/11/2010 | | | MCS Life Person | X | 6060.02 · Medical Insurance | -139.00 | 3,512.66 |
| General Journal | 6/11/2010 | | | MCS Life Person | X | 6060.02 · Medical Insurance | -172.00 | 3,340.66 |
| Check | 6/11/2010 | 152 | A.R.R.Y.E.S.M. | R0521000606 | X | 6310 · Educacion Continua | -110.00 | 3,230.66 |
| General Journal | 6/14/2010 | | | RedBox | X | 6080 · Travel & Entertainment | -1.07 | 3,229.59 |
| General Journal | 6/14/2010 | | | Econo | X | 6030 · Food | -17.15 | 3,212.44 |
| General Journal | 6/14/2010 | | | Walgreens | X | 6060.01 · Medical Expense | -20.30 | 3,192.14 |
| General Journal | 6/15/2010 | | | RedBox | X | 6080 · Travel & Entertainment | -1.07 | 3,191.07 |
| General Journal | 6/15/2010 | | | PR Dept State Fil | X | 8000 · Taxes Payable | -100.00 | 3,091.07 |
| General Journal | 6/15/2010 | | | PR Dept State Fil | X | 8000 · Taxes Payable | -100.00 | 2,991.07 |
| General Journal | 6/15/2010 | | | One Link | X | 6090.03 · Cable | -124.67 | 2,866.40 |
| Check | 6/15/2010 | 153 | Linda Holiday | Libros | X | 6085 · Tuition/Education | -135.00 | 2,731.40 |
| General Journal | 6/16/2010 | | | Deopsito | X | 5010 · Fee Income | 200.00 | 2,931.40 |
| General Journal | 6/16/2010 | | | Texaco | X | 6095 · Vehicle Expenses | -30.00 | 2,901.40 |
| General Journal | 6/17/2010 | | | Econo | X | 6030 · Food | -38.28 | 2,863.12 |
| General Journal | 6/17/2010 | | | Costco Whse | X | 6030 · Food | -97.31 | 2,765.81 |
| General Journal | 6/18/2010 | | | Libreria Educativa | X | 6085 · Tuition/Education | -4.82 | 2,760.99 |
| General Journal | 6/18/2010 | | | Libreria Educativa | X | 6085 · Tuition/Education | -10.59 | 2,750.40 |
| General Journal | 6/18/2010 | | | BCF | X | 6035 · Clothing | -10.69 | 2,739.71 |
| General Journal | 6/18/2010 | | | BCF | X | 6035 · Clothing | -28.86 | 2,710.85 |
| General Journal | 6/18/2010 | | | PRASA | X | 6090.02 · Water | -42.90 | 2,667.95 |
| General Journal | 6/18/2010 | | | Libreria Educativa | X | 6085 · Tuition/Education | -52.28 | 2,615.67 |
| General Journal | 6/18/2010 | | | Macy's | X | 6035 · Clothing | -65.27 | 2,550.40 |
| General Journal | 6/21/2010 | | | JC Penney | X | 6035 · Clothing | -10.69 | 2,539.71 |
| General Journal | 6/21/2010 | | | Mc Donalds | X | 6030 · Food | -11.76 | 2,527.95 |
| General Journal | 6/21/2010 | | | Click | X | 6035 · Clothing | -14.97 | 2,512.98 |
| Check | 6/24/2010 | 154 | A.E.E. | Cta. 01401438260020 | X | 6090.01 · Gas & Electric | -221.90 | 2,291.08 |
| Check | 6/24/2010 | 155 | First Leasing | 00012170139167 | X | 2000.02 · First Bank | -698.00 | 1,593.08 |
| Check | 6/24/2010 | 156 | First Leasing | Gastos Legales 000... | X | 2000.02 · First Bank | -100.00 | 1,493.08 |
| General Journal | 6/25/2010 | | | Econo | X | 6030 · Food | -10.98 | 1,482.10 |
| General Journal | 6/28/2010 | | | Red Box | X | 6080 · Travel & Entertainment | -1.07 | 1,481.03 |
| General Journal | 6/28/2010 | | | Shell | X | 6095 · Vehicle Expenses | -35.00 | 1,446.03 |
| General Journal | 6/30/2010 | | | Econo | X | 6030 · Food | -33.80 | 1,412.23 |
| **Total 1000 · Bco Santander General Operating** | | | | | | | **-1,885.74** | **1,412.23** |
| **TOTAL** | | | | | | | **-1,885.74** | **1,412.23** |

Page 1

**MONTHLY OPERATING REPORT -**            **ATTACHMENT NO. 3B**
**INDIVIDUAL**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | SANTANDER |
|---|---|
| Account Number | *****3554 |
| Purpose of Account (Business) | Business Escrow |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See details attach | | |
| | | | | |
| | | | | TOTAL |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

4:29 PM
07/21/10
Accrual Basis

## Efrain Rivera Soler & Brenda Nieves Castro
## Transactions by Account
As of June 30, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 1010 · Escrow Account Bco Santander | | | | | | | | 1,500.00 |
| Total 1010 · Escrow Account Bco Santander | | | | | | | | 1,500.00 |
| TOTAL | | | | | | | | 1,500.00 |

Page 1

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | RG PREMIER |
|---|---|
| Account Number | ******4510 |
| Purpose of Account (Business) | Business Escrow |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | N/A | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                  **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month 6/30/2010 |
|---|---|---|
| Accounts Receivable Beginning Balance | 0 | 0 |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | 0 | 0 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month 6/30/2010 |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

* Attach explanation of any adjustment or writeoff.
** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | 0 | 0 |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) Income Tax | | |
| **Total State & Local Taxes** | 0 | 0 |
| **Total Post-Petition Taxes** | 0 | 0 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**                                               **ATTACHMENT NO. 5**
**INDIVIDUAL**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | 6/30/2010 | | |
| Accounts Payable Beginning Balance* | 0 | 0 | 0 |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | 0 | 0 | 0 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |