**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

**EXHIBIT O**

| | |
|---|---|
| In Re Efrain Rivera & Brenda Nieves<br>*Debtors* | CASE NO. 09-09654(ESL)<br>CHAPTER 11 |

## CLASS I  BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Debtors filed a plan of reorganization dated September 1, 2010 (the "Plan") for the Debtors in this case. On _____, the Honorable Court conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"), and authorized the Debtors to solicit votes with regards to the approval or rejection of the Plan.. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Almeida & Dávila, PSC, PO BOX 191757, San Juan, PR 00917-1757, Tel. (787)722-2500, Fax. (787)722-2227, Debtors' attorneys. Court approval of the disclosure statement does not indicate approval of the Plan by the Court. You  may also contact Almeida & Dávila, PSC if you have any questions regarding this ballot or the voting procedures.

This ballot is being sent to holders of Class ____ for their use in voting to accept or reject the Plan. If you hold claims or equity interests in more than one class, you will receive a Ballot for each class in which you are entitled to vote. The Plan is described in, and annexed as Exhibit A of the Disclosure Statement which accompanies this Ballot.

If your ballot is not <u>received</u> by Almeida & Dávila, PSC, PO BOX 191757, San Juan, PR 00917-1757, on or before 4:30 PM, on _____ and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

The Debtors are soliciting your vote on its proposed Plan, described in and annexed as Exhibit A to the Disclosure Statement accompanying this Ballot. You should review the Disclosure Statement and the Plan carefully before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

This Ballot does not constitute and shall not be deemed to constitute a proof of claim nor an admission by the Debtor of the nature, validity, or amount of any claim.

*In Re Efrain Rivera & Brenda Nieves, 09-09654(ESL)*

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class \_\_\_\_\_ against the Debtor in the unpaid amount of $_____.

(Check one box only)

[ ] ACCEPTS (votes FOR) the Plan          [ ] REJECTS (votes AGAINST) the Plan

By returning this Ballot, the undersigned certifies that on the date it signed this ballot it was the holder of a Class \_\_\_\_\_ claim to which this Ballot pertains (or an authorized signatory therefore), and has full power and authority to vote to accept or reject the Plan. The undersigned further certifies that it has received a copy of the Disclosure Statement (including the appendices and exhibits referenced therein) and understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement.

Print or type name of voter: _____

Signature: _____

By:_____

Title (if corporation or partnership) _____

Date Completed:_____

Address: _____

_____

## VOTING INSTRUCTIONS

**To have your vote count, you must complete, sign and return this Ballot to the address set forth on the enclosed postage-paid envelope provided. Unsigned ballots may not be counted. Ballots must be RECEIVED by Almeida & Dávila, PSC at PO BOX 191757, San Juan, PR 00917-1757, by fax at (787) 722-2500, or by e-mail at info@almeidadavila.com by the voting deadline, which is 4:30 PM ON _____.**

**PLEASE SEND YOUR BALLOT PROMPTLY!**