**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>EFRAIN ANTONIO RIVERA SOLER<br>BRENDA LIZ NIEVES CASTRO<br><br>Debtor | CASE NO. 09-9654 (ESL) |

**MOTION REQUESTING ORDER FOR IMMEDIATE
PAYMENT OF ADMINISTRATIVE EXPENSES**

Come now attorney Enrique M. Almeida-Bernal and his firm Almeida & Dávila, P.S.C. and respectfully state and pray as follow:

1. On August 27, 2010 and December 16, 2010 the undersigned presented applications requesting compensation pursuant to § 330 and 331 of the Bankruptcy Code for services rendered as debtors' former attorney. (Dockets #137 and 173, respectively).

2. By Orders of September 21st, 2010 and January 12, 2011 this Honorable Court granted compensation in the amounts of **$7,226.00 and $10, 426.00, totaling $17,652.00** in favor of the undersigned. (Dockets #145 and 189).

3. As of today's date debtors have not paid the undersigned any of the amounts such that were allowed for compensation. Debtors have not made a single payment to the undersigned after this Honorable Court granted the first compensation in September 21, 2010.

4. The undersigned hereby respectfully requests from this Honorable Court to Order debtors to immediately pay the undersigned the **$17,652.00** granted as compensation for attorneys fees. It is also hereby requested that, if debtors do not pay such amount, this Honorable Court enter the corresponding remedy pursuant to the Bankruptcy Code, and or equity.

2

**WHEREFORE,** it is respectfully prayed from this Honorable Court to order debtor to immediately pay the undersigned **$17,652.00** already granted as compensation of attorney's fees by dockets #145 and #189 and if debtors do not pay such amount, this Honorable Court enter the corresponding remedy pursuant to the Bankruptcy Code, and or equity.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the US Trustee and to all CM/ECF participants. It is also certified that a copy of the instant motion was sent via regular mail to the debtors and to debtor's counsel at their address of record

### NOTICE TO PARTIES

Within **twenty one (21) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of January, 2011.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 722-2227

**S/ ENRIQUE M. ALMEIDA-BERNAL**
USDC-PR 217701
ealmeida@almeidadavila.com

**S/ ZELMA DAVILA CARRASQUILLO**
USDC-PR 218913
zdavila@almeidadavila.com