IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In Re:**<br><br>EFRAIN RIVERA SOLER<br>BRENDA NIEVES<br><br>*Debtors* | **Case No.** 09-09654 (ESL)<br><br><br><br>**Chapter 11** |

**LEAVE TO FILE REPLY TO DEBTORS' OPPOSITION TO REQUEST FOR IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES**

**COMES NOW,** Enrique M. Almeida Bernal and his firm Almeida & Dávila, P.S.C., and very respectfully **STATES**, **ALLEGES** and **PRAYS** as follows:

1. By orders of September 21st, 2010 and January 12, 2011 this Honorable Court granted compensation to the undersigned as debtor's former attorney in the amounts of $7,226.00 and $10,426.00, totaling $17,652.00 in favor of the undersigned (Dockets #145 and #189).

2. Because the debtors did not pay the amounts granted as compensation, on January 31st, 2011 the undersigned filed a Motion Requesting Order for Immediate Payment of Administrative Expenses. See docket # 197.

3. On February 14, 2011 debtors filed an opposition entitled "*Reply to Motion Requesting Entry of order for Immediate Payment*". (Docket 205)

4. Pursuant to Local Rule 7.1 (c) of the United States District Court for the District of Puerto Rico, this Honorable Court has the discretion to grant leave to a party wishing to file a

*Leave to File Reply*           *Page -2-*

reply to any motion, including one opposing a motion requesting entry of order for immediate payment of administrative expenses.

5.       The undersigned wishes to file a brief reply to debtors' opposition in this case to address the arguments raised by them, and hereby prays leave of Court accordingly and requests a period of seven (7) days, until Friday **February 25, 2011** to complete and file the same.

**WHEREFORE**, the undersigned respectfully requests leave to file a Reply to Debtors' Opposition to Request for Immediate Payment of Administrative Expenses, which will be filed on or before February 25, 2011.

**I HEREBY CERTIFY** that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all appearing parties and counsel in the above captioned bankruptcy proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of February 2011.

                               **ALMEIDA & DAVILA, P.S.C.**
                               PO Box 191757
                               San Juan, PR 00919-1757
                               Tel. (787) 722-2500
                               Fax (787) 722-2227

                               S/ Enrique M. Almeida-Bernal
                               **ENRIQUE M. ALMEIDA-BERNAL**
                               USDC-PR NO. 217701
                               ealmeida@almeidadavila.com