UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: EFRAIN ANTONIO RIVERA SOLER and BRENDA LIZ NIEVES CASTRO
Case Number: 09-09654-ESL11    Chapter: 11
Date / Time / Room: 3/1/2011 10:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: DARHMA ZAYAS
Reporter / ECR: ADA LOPEZ

### Matter:

Doc# 197 Motion by former debtor's attorney Enrique Almeida Bernal for entry of order for immediate payment of Administrative Expenses
Doc# 205 Debtor's reply to motion requesting entry of order for immediate payment
Doc #209- Attorney Almeida answer to opposition by debtor

### Appearances:

VICTOR GRATACOS DIAZ
ENRIQUE ALMEIDA BERNAL
MONSITA LECAROZ ARRIBAS

[Handwritten appearances: José C. Diaz, U.A.T.; Thelma Diorla; T. Gratacos; M.T. Theny, Soria bank (R.P.)]

[Handwritten notes: Fees and expenses approved by court as an admin. expense under §503(b)(2). May be disbursed under §331. Balance owed: $17,652.00  ck today ($2,226.10)  $15,425.90. Counsel Gratacos proposes that their fees are subordinated to fees of Almeida & Diorla.]

### Proceedings:

ORDER:

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. ____

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

___ The hearing is continued to: _____.

___ Other: #210 Ext. of time to file plan and DS. — Order granting same will be entered.

Order: Balance owed to law firm of Almeida & Diorla shall be paid on the effective date of the ch. 11 plan upon confirmation; as agreed by the parties.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge