## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>EFRAIN A. RIVERA SOLER<br>BRENDA L. NIEVES CASTRO<br><br>DEBTORS | CASE NO. 09-09654 ESL<br><br>CHAPTER 11 |

**MOTION TO INFORM ON DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION**

**TO THE HONORABLE COURT:**

**HERE COMES** Debtors through the undersigned attorney and respectfully request and pray for the following:

1. Debtors filed a First Amended Disclosure Statement and Plan of Reorganization on April 27, 2011. (See Docket Entry No. 230).

2. On April 16, 2009 this Honorable Court entered an Order approving Debtor's Disclosure statement and set a Hearing on Plan confirmation for May 13, 2009 at 11:00 a.m. (See Docket Entry No. 86).

3. Debtors through this motion informs on the errata contained in the Disclosure Statement and Plan of Reorganization stating that the instant case is a "small business" case. As per the petition and the amount of the debts listed in the Schedules this case is not a Small Business case as defined in Section 101 (51D) of the United States Bankruptcy Code.

4. Debtors are not changing the treatment of any class but just stating through this motion but to state that the treatment contained regarding the Small Business classification is

1

incorrect.

5. Debtors request this Honorable Court to take notice of the above mentioned event.

**WHEREFORE,** Debtor prays the court to take notice of this motion with any other procedures that in accordance to law this Honorable Court deems just and proper.

**I CERTIFY** that a copy of this motion has been electronically filed with the Clerk of the Bankruptcy Court using CM/ECF which will forward a copy of the same to the U.S. Trustee and all other parties in interest.

In Caguas, Puerto Rico, this 28th day of April of 2011.

**VICTOR GRATACOS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PUERTO RICO  00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633

By: /s/ Victor Gratacós Diaz (127906)