IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-09654 ESL

EFRAIN ANTONIO RIVERA SOLER

Chapter 11

BRENDA LIZ NIEVES CASTRO

XXX-XX-5063

XXX-XX-1427

**FILED & ENTERED ON 05/05/2011**

Debtor(s)

### ORDER AND NOTICE

1. A hearing on approval of disclosure statement is hereby scheduled for 06/28/2011 at 10:00 A.M. to consider and rule upon the adequacy of the disclosure statement and the information contained therein, to consider objections to the disclosure statement, and such other matters as may properly come before the court.

2. Objections to the form and content of the disclosure statement should be in writing and filed with the court and served upon parties in interest at their address of record not less than fourteen (14) days prior to the hearing. Objections not timely filed and served will be deemed waived.

3. The debtor shall give notice of this order to all creditors and parties in interest and file a certificate of service within seven (7) days from notice of this order.

SO ORDERED.

San Juan, Puerto Rico, this 05 day of May, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    VICTOR GRATACOS DIAZ
    US TRUSTEE
    F/UP